Marguerite Richard
533 3rd Ave. West #409
Seattle, Washington 98119
(206) 283-8645

December 12, 2007

07-CV628 RSM

Honorable Michael B. Fuller
427 20th Ave.
Seattle, Washington 98122
(206) 424-2210

_____ FILED          _____ ENTERED
_____ LODGED        _____ RECEIVED

DEC 1 3 2007   LK

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

Dear Honorable Michael B. Fuller,

This would be the first letter to you in regards to the
conversation we had today regarding you seeing a rat in your
place where you live. Sometime this year I had come to your
place to leave some paperwork and saw some maintenance
workers in your yard. I had stopped and had a conversation
out front of your place and I heard running through the drain-
age pipes and became frightened. I said to the worker who
was working in your yard what was that it sounds like a rat I
said how did they get in there he said I guess through the
sewer.

He said I guess they run back and forth all the time. I saw a
screen in the front that is a part of the foundation but I
still couldn't imagine how they were getting in your place? I
am so sorry to hear that you have to experience that living
where you are now. I would have been completely terrified to see
such a thing as a rat in my home. You said rat and not mouse
and there is a huge difference.

Sincerely,

Marguerite Richard

Marguerite Richard

(Ms. Pearl)

07-CV-00628-EXH

12/09/07 TITLE 18 U.S.C. SECTION 241-CONSPIRACY

**project** EVICTION SUMMONS FRIVOLOUS COMPLAINT  NO. 07-2-37026-9 SEA

**page** 1 RULE 11 SANCTION, Title 18 U.S.C. Section 242, SECTION 818 OF THE ACT 42U.S.C. 3617

1   ON OR ABOUT AT 11:47 AM I SAW GEORGE GLOSTER
AT 429 20TH AVE. I STATED TO GEORGE GLOSTER THAT YOUR
2   LAWYER CAME TO HON. MICHAEL B. FULLER AND STATED
THAT WHY ARE YOU GETTING ON ME, GET ON GEORGE
3   GLOSTER. I NOTICE THAT HE DID NOT SAY MR GLOSTER
SO I AM SAYING THEY MUST BE GOOD FRIENDS. I THEN
4   STATED TO BRIAN JAMES HANIS. I THEN STATED TO
BRIAN JAMES HANIS, YOU ARE THE ONE THAT FILE
5   THIS FRIVOLOUS COMPLAINT. BRIAN FURTHER STATED
THAT WE CAN SETTLE THIS NOW. IF YOU MOVE OUT OF
6   427 20TH AVE. GEORGE WOULD PAY FOR YOU TO MOVE INTO
ANOTHER PLACE. I STATED TO BRIAN NO. THEN I STATED
7   THIS VIOLATES DUE PROCESS OF LAW. THEN HE STATED
NO ITS NOT. THEN I STATED TO BRIAN HANIS I WANT
8   HIS PROPERTY. THEN I STATED TO GEORGE GLOSTER THAT
MY FRONT DOOR IS STILL NOT FIX. I THEN STATED TO
9   HIM THAT YOU NEED TO PUT A NEW FRAME ON, SO
THAT THE DOOR WOULD BE ABLE TO LOCK PROPERLY.
10  SO YOU STILL CONTINUOUSLY DISCRIMINATE AGAINST ME
BECAUSE I HAVE BRAIN DAMAGE. THEN GEORGE GLOSTER
11  STATED YOU DON'T HAVE BRAIN DAMAGE. BY THE WAY YOU
WERE TALKING IN COURT YESTERDAY. I STATED THAT
12  I HAVE MEDICAL RECORD TO PROVE THAT I HAVE
BRAIN DAMAGE.
13  ON ARE 12/1/07 2:57 PM CALL GEORGE GLOSTER TO LET
HIM KNOW THAT I SEEN A RAT WHEN I WENT TO PUT A
14  PLATE IN THE SINK, I LEFT A MESSAGE ON HIS ANSWERING
SERVICE ON

task list: TITLE 18 U.S.C. SECTION 241-CON-
SPIRACY. TITLE 18 U.S.C. SECTION 242
SECTION 818 OF THE ACT 42 U.S.C. 3617

FILED          ENTERED
LODGED          RECEIVED

DEC 3 2007     LK

CLERK U.S. DISTRICT COURT
AT SEATTLE
WESTERN DISTRICT OF WASHINGTON     DEPUTY

Hon. Michael B. Fuller
427 20TH AVE.
Seattle Wa 98122
206-424-2210

EVICTION SUMMONS, FRIVOLOUS
COMPLAINT, RULE 11 SANCTION
SECTION 818 OF THE ACT 42 U.S.C. 3617



date 12/09/07, TITLE 18 U.S.C. SECTION 241 CONSPIRACY

project EVICTION SUMMONS, FRIVOLOUS COMPLAINT NO. 07-2-37026-9 SEA

page 2 RULE 11 SANCTION, TITLE 18 U.S.C. SECTION 242, SECTION 818 OF THE ACT 42 U.S.C. 3617

HON. MICHAEL B. FULLER OPEN MY DOOR 15 MIN. LATER TO SEE HAD GEORGE GLOSTER HAD LEFT IT WAS 12:52 PM WHEN I OPEN THE DOOR GEORGE GLOSTER WAS STANDING ON THE TOP STEPS TO MY DOOR, I WAS IN SHOCK SO I SHUT MY DOOR, AND RUSH TO GO GET MY CAMERA WHEN I OPEN THE DOOR GEORGE GLOSTER WAS RUNING DOWN MY STEPS AS HE DID WHEN HE CAME INTO MY HOME AND ASSAULTED ME, GEORGE GLOSTER THEN STATED. TO HON. MICHAEL B. FULLER DON'T TAKE A PICTURE OF ME I AM A MONSTER, I THEN STATED I AM TAKING YOUR PICTURE OF YOU RUNNING TO THE TRUCK AS I DID THE FIRST TIME TO SHOW A PATTERN TO SHOW THE COURT. ALSO LET IT BE NOTED AT THE TIME OF TRIAL, I WILL DEMAND MORE SANCTION UNDER RULE 11, FROM HANIS GREENE, PROTHERO PLLC ATTORNEY AT LAW, 6703 S. 234TH STREET, SUITE 300
KENT, WA 98032-2900
253-520-5000

RECEIVED
2007 DEC 12 PM 12:0[illegible]
KING COUNTY
SUPERIOR COURT CLERK
SEATTLE, WA

'07DEC12PM12:34 1485

BRIAN JAMES HANIS
6703 S. 234TH STREET
SUITE 300
KENT WA 98032-2900
253-520-5000

EVICTION SUMMONS, FRIVOLOUS COMPLAINT, RULE 11 SANCTION SECTION 818 OF THE ACT 42 U.S.C. 3617

task list: TITLE 18 U.S.C. SECTION 241- CONSPIRACY. TITLE 18 U.S.C. SECTION 242, SECTION 818 OF THE ACT 42 U.S.C. 3617

Hon. Michael B. Fuller, Pro Se
427 20th ave
Seattle Wa 98122
206-424-2210

**Hitler's Enabling Act**

On March 23, 1933, the newly elected members of the German Parliament (the Reichstag) met in the Kroll Opera House in Berlin to consider passing Hitler's Enabling Act. It was officially called the 'Law for Removing the Distress of the People and the Reich.' If passed, it would effectively mean the end of democracy in Germany and establish the legal dictatorship of Adolf Hitler.

The 'distress' had been secretly caused by the Nazis themselves in order to create a crisis atmosphere that would make the law seem necessary to restore order. On February 27, 1933, they had burned the Reichstag building, seat of the German government, causing panic and outrage. The Nazis successfully blamed the fire on the Communists and claimed it marked the beginning of a widespread uprising.

On the day of the vote, Nazi storm troopers gathered in a show of force around the opera house chanting, "Full powers - or else! We want the bill - or fire and murder!!" They also stood inside in the hallways, and even lined the aisles where the vote would take place, glaring menacingly at anyone who might oppose Hitler's will.

Just before the vote, Hitler made a speech to the Reichstag in which he pledged to use restraint.

"The government will make use of these powers only insofar as they are essential for carrying out vitally necessary measures...The number of cases in which an internal necessity exists for having recourse to such a law is in itself a limited one." - Hitler told the Reichstag.

He also promised an end to unemployment and pledged to promote peace

with France, Great Britain and the Soviet Union. But in order to do all this, Hitler said, he first needed the <u>Enabling Act.</u>

A two thirds majority was needed, since the law would actually alter the German constitution. Hitler needed 31 non-Nazi votes to pass it. He got those votes from the Center Party after making a false promise to restore some basic rights already taken away by decree.

However, one man arose amid the overwhelming might. Otto Wells, leader of the Social Democrats stood up and spoke quietly to Hitler.

"We <u>German Social Democrats</u> pledge ourselves solemnly in this historic hour to the principles of humanity and justice, of freedom and socialism. No enabling act can give you power to destroy ideas which are eternal and indestructible."

This enraged Hitler and he jumped up to respond.

"You are no longer needed! - The star of Germany will rise and yours will sink! Your death knell has sounded!"

The vote was taken - 441 for, only 84, the Social Democrats, against. The Nazis leapt to their feet clapping, stamping and shouting, then broke into the Nazi anthem, the Hörst Wessel song.

They achieved what Hitler had wanted for years - to tear down the German Democratic Republic legally and end democracy, thus paving the way for a complete Nazi takeover of Germany.

From this day on, the Reichstag would be just a sounding board, a cheering section for Hitler's pronouncements.

Copyright © 1996 The History Place™

Admin Note: <u>Will The Next Staged 9/11 be a call for Bush's Enabling Act?</u>
Will a one party Congress and Senate allow this?
Will a frightened American public allow this?
Remember history.
Remember Germany.
Remember it was America that stopped Germany's Hitler.
Let's not have to remember who stopped Ours?
**********

<u>France's Plan To Stop America's Hitler</u>



When the Civil Rights Act of 1866 was introduced, both its supporters and its opponents alike recognized the revolutionary scope of its intended purpose of eliminating discrimination. As we noted in Jones v. Alfred H. Mayer Co., supra:

> "That the bill would indeed have so sweeping an effect was seen as its great virtue by its friends and its great danger by its enemies but was disputed by none. Opponents of the bill charged that it would not only regulate state laws but would directly 'determine the persons who [would] enjoy . . . property within the States,' threatening the ability of white citizens 'to determine who [would] be members of [their] communit[ies]. . . .'" 392 U.S., at 433 (footnotes omitted; emphasis added).

Senator Van Winkle, the Member of Congress quoted by the Court in that passage from Jones, spoke at some length about the "dangers" inherent in the bill that would eventually become 1982:

> "I believe that the division of men into separate communities and their living in society and association with their fellows . . . are both divine institutions . . . . We have the right to determine who shall be members of our community, and . . . I do not see where it comes in that we are bound to receive into our community those whose mingling with us might be detrimental to our interests. I do not believe that a superior race is bound to receive among it those of an inferior race. . . ." Cong. Globe, 39th Cong., 1st Sess., 498 (1866). [451 U.S. 100, 151]

The Senate of course passed the bill in spite of Senator Van Winkle's fears, thus repudiating his view that white residents should enjoy the absolute right to close their communities to Negroes. In enacting 1982, Congress was "fully aware of the breadth of the measure it had approved." Jones v. Alfred H. Mayer Co., 392 U.S., at 433. Senator Lane, a supporter of the bill, answered the arguments of Senator Van Winkle and others by explaining that the bill would prevent a white person from "invok[ing] the power of local prejudice" against a Negro. Cong. Globe, 39th Cong., 1st Sess., at 603. Senator Trumbull, a sponsor of the legislation, made plain that it was intended to prohibit local discriminatory customs as well as discriminatory state laws. Id., at 1759. During the House debate over the Civil Rights Act, Representative Cook argued that without the legislation, slavery might be perpetuated "under other names and in other forms" because "[a]ny combination of men in [a Negro's] neighborhood" might join to oppress him. Id., at 1124. As we recognized in Jones v. Alfred H. Mayer Co., supra, at 427-428, one goal of the Reconstruction Congress in enacting the statute was to provide protection for Negroes when "white citizens . . . combined to drive them out of their communities." See Cong. Globe, 39th Cong., 1st Sess., at 1156, 1835; J. tenBroek, Equal Under Law 181 (rev. ed. 1965).

I do not, of course, mean to suggest that the Reconstruction Congress that enacted 1982 anticipated the precise situation presented by this case. Nor do I wish to imply that the Act prevents government from ever closing a street when the effect is to inflict harm on Negro property owners. But because of our Nation's sad legacy of discrimination and the

 **Print**

# Malcolm X

Article View

On the File menu, click Print to print the information.

# Malcolm X

## I. INTRODUCTION

Malcolm X (1925-1965), African American activist whose ideas about racial problems in the United States had an important influence on black nationalist and black separatist movements of the 1950s and 1960s. He believed that Western nations were inherently racist and that black people must join together to build their own society and value system. His beliefs gained a broader audience through *The Autobiography of Malcolm X* (1965), published after his assassination. Late in his life, Malcolm X was also known by the religious name El-Hajj Malik El-Shabazz.

**Reviewed By:**
Paul Finkelman, B.A., M.A., Ph.D.

Chapman Distinguished Professor of Law, University of Tulsa College of Law. Author of *Slavery and the Founders: Race and Liberty in the Age of Jefferson*. Coeditor of *The Macmillan Encyclopedia of World Slavery*.

"Malcolm X," Microsoft® Encarta® Online Encyclopedia 2007
http://encarta.msn.com © 1997-2007 Microsoft Corporation. All Rights Reserved.

© 1993-2007 Microsoft Corporation. All Rights Reserved.

07DEC12 PM12:34 1489


SEATTLE, W.A.
SUPERIOR COURT CLERK
KING COUNTY
2007 DEC 12 PM 12:00
RECEIVED

Case 2:07-cv-00628-RSM    Document 36    Filed 12/13/07    Page 8 of 112

 **Print**

# Malcolm X

On the File menu, click Print to print the information.

Article View

# Malcolm X

## I. INTRODUCTION

Malcolm X (1925-1965), African American activist whose ideas about racial problems in the United States had an important influence on black nationalist and black separatist movements of the 1950s and 1960s. He believed that Western nations were inherently racist and that black people must join together to build their own society and value system. His beliefs gained a broader audience through *The Autobiography of Malcolm X* (1965), published after his assassination. Late in his life, Malcolm X was also known by the religious name El-Hajj Malik El-Shabazz.

## II. EARLY LIFE

Malcolm X was born Malcolm Little on May 19, 1925, in Omaha, Nebraska. He was the son of Earl Little, a Baptist preacher, and his wife, Louise. The family moved to Lansing, Michigan, shortly after Malcolm's birth. Earl Little was an outspoken promoter of social and economic independence for blacks and a supporter of the 'Back to Africa' movement of black nationalist leader Marcus Garvey. In 1931 Earl Little was killed, probably murdered by white terrorists because of his political and social activism.

His father's death had a disastrous effect on Malcolm and his family. His mother suffered a nervous breakdown, and the welfare department took the eight little children away from her. Malcolm was placed in a foster home and then in reform school. In 1941 he went to live with his half-sister in Boston, Massachusetts. There he soon entered the fringes of the underworld, and at the age of 17 he moved to the Harlem neighborhood of New York City. Known as Detroit Red, Malcolm turned to a life of crime, including drug dealing and armed robbery. When he was 20, Malcolm received a sentence of ten years in prison for burglary.

## III. NATION OF ISLAM

While in prison, Malcolm read widely and developed an interest in the Nation of Islam, a black nationalist religious movement whose members were known as Black Muslims. Malcolm studied the teachings of the leader of the Black Muslims, Elijah Muhammad, who advocated an independent black state. The Nation of Islam was based on a theology adapted from several models: traditional Islamic teachings, Marcus Garvey's principles of black nationalism, and economic self-help programs that addressed the needs of African Americans living in urban ghettoes.

Unlike traditional Islam, which rejects all forms of racism, the Nation of Islam declared that whites were the "devil by nature," and that God was black. The Black Muslims predicted that in the near future a great war would take place in which whites would be destroyed and black people would rule the world through the benevolence of Allah, their creator. To prepare for this new order, the Nation of Islam stressed personal self-restraint, opposed the use of drugs and alcohol, and organized economic self-help enterprises that eventually included farms, food stores, restaurants, and small businesses. The Black Muslims recruited heavily among the poorest of urban blacks and in prisons, where Malcolm Little was converted to the faith.

When Malcolm was released from prison in 1952, he went to Detroit, Michigan, and joined the Nation of Islam temple in that city. He dropped his last name—considered a "slave name" by Black Muslims—and became Malcolm X. In 1958 he married Betty Sanders, later known as Betty Shabazz, and they eventually had six daughters.

Malcolm X rose rapidly in the Nation of Islam organization as a minister and recruiter of new members. Elijah Muhammad appointed him as the chief minister of Harlem's main temple in June 1954. Malcolm X also helped establish the movement's main information and propaganda newspaper, *Muhammad Speaks*. Within five years, Malcolm X had become a more prominent spokesperson for the Nation of Islam than Elijah Muhammad.

During the decade between 1955 and 1965, while most black leaders worked in the civil rights movement to integrate blacks into mainstream American life, Malcolm X preached the opposite. He maintained that Western culture, and the Judeo-Christian religious traditions on which it is based, was inherently racist. Constantly attacking mainstream civil rights leader Martin Luther King, Jr., Malcolm X declared that nonviolence was the "*philosophy of the fool*." In response to King's famous "I Have a Dream" speech, Malcolm X quipped, "While King was having a dream, the rest of us Negroes are having a nightmare." Malcolm X believed that black people must develop their own society and ethical values, including the self-help, community-based enterprises that the Black Muslims supported. He also thought that African Americans should reject integration or cooperation with whites.

His fiery style and natural speaking ability made Malcolm X a popular public speaker, but his growing reputation caused tension with Elijah Muhammad and other Black Muslim leaders. While Muhammad strenuously tried to maintain the Nation of Islam as a religious self-help movement, Malcolm was increasingly moving towards a political response to racism. He called for a "black revolution," which he declared would be "bloody" and would renounce any sort of "compromise" with whites. In this way Malcolm X rejected the conservative values of the Nation of Islam in favor of a more radical, revolutionary approach to social change. Malcolm X also had come to reject some of the tenets of the Nation of Islam, including Elijah Muhammad's theory that the white race was created by a dissident "mad scientist" named Yakub.

In 1963 Elijah Muhammad silenced Malcolm X for his statement that the assassination of U.S. president John F. Kennedy had represented "the chickens coming home to roost"—a repayment for America's continuing failure to end racial cruelty and hatred. This comment, often taken out of context, was not meant to be disrespectful to the late president, although in fact, Malcolm X had little respect or admiration for any white leaders. Rather, he was trying to make the point that the violent treatment of blacks had now come back to the "roost" with violence against a white president. However, the insensitive nature of the statement reflected poorly on the Black Muslims and led Muhammad to silence Malcolm X. In essence, Muhammad told his most prominent follower that he could not speak in public and remain within the Black Muslim organization.

Rather than accept this silencing, Malcolm X publicly broke with the Nation of Islam on March 8, 1964, and formed his own movement, the Muslim Mosque, Inc. Even before the split, however, Malcolm X had already begun to part ways with the Black Muslims because he felt stifled by the authoritarian organization of the Nation of Islam. He was ready to be his own leader, rather than to follow the dictates of Muhammad or anyone else.

## IV. CHANGING BELIEFS

In 1964, shortly after his break with Elijah Muhammad, Malcolm X made a pilgrimage to Mecca, the holy Muslim city in Saudi Arabia that was the birthplace of the founder of Islam. He also visited several other African and Arab nations. While on this trip, he wrote a highly publicized letter expressing his own faith as a follower of traditional Islam and renouncing the Black Muslim teaching that all white men are evil. He became an orthodox Sunni Muslim (Sunni Islam). He also adopted a religious name, El-Hajj Malik El-Shabazz, meaning the Malcolm (or Malik) who is from the tribe or family of Shabazz and has made the Hajj, or pilgrimage, to Mecca. However, most people in the United States continued to call him Malcolm X, a name he did not reject.

When Malcolm X returned to America, he held the first rally for a black nationalist group he had founded, the Organization of Afro-American Unity (OAAU). This group, which had no direct religious ties, advocated racial solidarity and strove to unify all black organizations fighting white racism. At the same time, Malcolm X renounced his previous racism against whites, declaring that in Mecca he had realized that people of all colors were children of Allah. In contrast to his earlier views, he encouraged blacks to vote, to participate in the political system, and to work with each other and with sympathetic

whites and Hispanics for an end to racial discrimination. As he told a group of African leaders, the problem of race was "not a Negro problem, nor an American problem. This is a world problem, a problem of humanity."

Malcolm X also began collaborating with writer Alex Haley on an account of his life. In the manuscript, later published as *The Autobiography of Malcolm X* (1965), he predicted that he might not live to see the book published. That prophecy became a reality on February 21, 1965. Malcolm X was assassinated while addressing an OAAU rally in New York City. At least two of the three men later convicted of the crime were connected with the Nation of Islam. Many scholars and supporters of Malcolm X have speculated that leaders or individuals within the Nation of Islam—including Elijah Muhammad—considered him a danger to their own movement and could not forgive him for rejecting their authority and organizing a rival movement. These observers believe that the Nation of Islam leadership may have ordered the assassination of Malcolm X.

## V. LEGACY

Malcolm X left a very complicated legacy. His autobiography, which was published after his death, profoundly affected many blacks and whites who read it. Readers were especially impressed by his personal journey from petty criminal to spiritual leader. They also admired how Malcolm X transformed himself intellectually from a preacher of racial hatred to an advocate of interracial and international brotherhood. Malcolm X significantly elevated black consciousness in the United States. He asserted in the most forceful terms that "black is beautiful," and that African Americans must take control of their own destiny.

Many have tried to lay claim to the legacy of Malcolm X, just as they have celebrated other heroes who have died. The Socialist Workers' Party, which follows the teachings of Marxist political thinker Leon Trotsky, has long viewed Malcolm X as an icon or symbol. So, too, did the militant political group the Black Panther Party and various other radical organizations in the late 1960s and 1970s. Some of these groups identified with his statements urging violence while others focused on his support of black nationalism. More recently Hollywood has made Malcolm X a subject of mass-media attention, bombarding the public with T-shirts, baseball caps, and posters that have commercialized his image.

In one sense, some of these conflicting claims on his memory are legitimate because Malcolm X did undergo a radical transformation during his lifetime. He was always a radical and sometimes an advocate of violence, although he became a man of peace. He rejected voting and political action during his early years, but later embraced them. As a member of the Nation of Islam, he called whites the devil, but as a Sunni Muslim he embraced all people as brothers. Always charismatic and witty, his words and speeches provided quotes for people with many different social and political goals. His most enduring message remains one of black self-respect and self-help, combined with his uncompromising rejection of racism.

**Reviewed By:**
Paul Finkelman, B.A., M.A., Ph.D.

Chapman Distinguished Professor of Law, University of Tulsa College of Law. Author of *Slavery and the Founders: Race and Liberty in the Age of Jefferson.* Coeditor of *The Macmillan Encyclopedia of World Slavery.*

"Malcolm X," Microsoft® Encarta® Online Encyclopedia 2007
http://encarta.msn.com © 1997-2007 Microsoft Corporation. All Rights Reserved.

© 1993-2007 Microsoft Corporation. All Rights Reserved.



"Those willing to give up essential liberty in order to obtain temporary safety deserve neither liberty or safety."
----Benjamin Franklin

# PRINCE OF PEACE LUTHERAN CHURCH

253-584-2565          10333 Bridgeport Way SW          Lakewood, WA 98499
E-mail: POPLakewood@cs.com

*Pastor John Schmidt*

Tuesday, June 13, 2006

## To Whom It May Concern

## Re: Michael B. Fuller

*Michael Fuller is a tireless advocate for those marginalized by society. Thank you for taking the time to also care about this dominant interest of his.*

For over a decade now I have been grateful for the opportunity to serve as Michael Fuller's pastor at Prince of Peace Lutheran Church located in the Lakewood suburb of Tacoma.

Few will question Michael's resolve and intensity as he desires to serve those in church and community. I have witnessed this repeatedly through the years — even when it was not always convenient or comfortable for me. Michael has traveled near and far as an activist for the homeless, for the uneducated, for the weak and powerless. He willingly and aggressively speaks up for those in church and society who feel inadequate to speak and act for themselves. He seeks out individuals and groups who will listen — both formally and informally. He will speak with those having authority and with those who feel they have no authority or worthiness at all.

Michael's advocacy is not flash-in-the-pan publicity. His care and commitment is focused and genuine. I have witnessed this now for many years. I pray others can note his efforts and example even as I continue to encourage Michael to listen and learn from others.

If I can serve as any further reference, please do not hesitate to contact me.

Pastor John Schmidt

*"Prince of Peace Church is a fellowship of Lutheran Christians whose mission is to extend the Kingdom of God for His glory."*          — Mission Statement adopted March 20, 1994

*1440 #1/4*
*11-3, 11000 Retaliation or coercion)*
*Rule II*

**King County**

**Metropolitan King County Council**
King County Courthouse
516 Third Avenue, Room 1200
Seattle, WA 98104-3272
206-296-1000  TTY/TDD 206-296-1024
Toll Free: 1-800-325-6165
www.metrokc.gov/council

March 16, 2006

Michael Fuller
Association Against Homelessness
427 20th Ave
Seattle, WA 98122

Dear Mr. Fuller:

Thank you for participating in the Metropolitan King County Council's Town Hall Meeting at the First African Methodist Episcopal Church (First AME) on February 27, 2006. Your remarks were informative not only for the King County Council and the 200 participants who attended the meeting, but also for the thousands of county residents who will watch the meeting on KCTV and on our website at www.metrokc.gov/MKCC/townhall.

Both the reception and the formal meeting provided an excellent opportunity for local residents, members of the community, and elected officials to come together and exchange information and ideas about disparities in health.

We hope this series of Town Hall Meetings will lead to more productive interactions between citizens and elected officials at all levels and enhance our ability to address issues of mutual concern. If you have any comments or questions, or if we can be of assistance to you, please contact our offices at any time. Once again, thank you for your involvement in this important public dialogue.

Sincerely,

Larry Gossett
Chair, Committee of the Whole
Metropolitan King County Council

Larry Phillips
Chair
Metropolitan King County Council

LG:kk *Extraordinary, reckless misconduct, Wanton misconduct, 1962 (D) conspiracy, Prevarication article III, VI, irreparable Injury, Rape trauma stress syndrome, misrepresentation, color of law this King county council still have not reported to Sue Rahr of the unlawful acts of the harassment to Honorable Michael Fuller  4/26/06  1:20 pm*

STATE REPRESENTATIVE
43rd DISTRICT

**FRANK CHOPP**
SPEAKER OF THE HOUSE

Washington
House of
RULES
CHAIRMAN

07 DEC 12 PM 12:35 1486

March 18, 2005

Michael Fuller
427 20th Avenue
Seattle, WA 98122

Dear Mr. Fuller,

Thank you for all your correspondence regarding homelessness in our area.
Thank you, too, for coming to Olympia on the several occasions you have to
advocate on behalf of the homeless and express your own concerns relating to
homelessness and equally critical issues.

I truly appreciate the time and energy you take to share your thoughts with me,
as well as your undying commitment to champion homeless causes. Your work
is truly inspiring. I will certainly continue to take your input into consideration as
we work through the 2005 legislative session.

Again, thank you for taking the time and care to stop by and write me with your
comments and concerns.

Sincerely,

*Frank*

Frank Chopp
Speaker of the House

January 24, 2005

Michael Fuller

Dear Mr. Fuller
Subject: $160 Cash payment to you from the Urban League of Metropolitan Seattle

This letter is to acknowledge that in October 2002 the urban league provided you with $160.00 in cash to address an emergency that you were having. Part of the emergency was due to the allegations that the Seattle Police had taken the money from your wallet.

I told Assistant Chief Harry Bailey and the Chief of Seattle Police about your situation.

James Kelly
President
Seattle Urban League

# ASSOCIATION AGAINST HOMELESSNESS IN AMERICA

.MICHAEL J. FULLER;ADVOCATE

**NOTES TAKEN BY:**
PEARL RICHARD

**SUBJECT:**
**JAMES KELLY / CARRYING A CONCEALED WEAPON ON SCHOOL GROUND'S.**
**ATTENDEES:**
- JOSEPH OLCHEFSKE; SEATTLE PUBLIC SCHOOLS,SUPERINTENDANT
- BILL SOUTHERN; SEATTLE PUBLIC SCHOOLS.CHIEF OF OPERATIONS
- MICHAEL J. FULLER; AAHIA ADVOCAT
- PEARL RICHARD; NOTETAKER

**MEETING PLACE/TIME:**
Seattle Public Schools Headquarters
815 – 4th Avenue North
Seattle, WA 98109 – 3209
Ph. 206-252-0000
10/09/02
3:00 pm

'07DEC12 PM12:351498

## CARRYING A CONCEALED WEAPON ON SCHOOL GROUND'S.

I arrived somewhat earlier than my scheduled 2:30 appointment.
The office was very busy (apparently preparing for an office move)
I introduced myself prior to entering his office.
Mr. Fuller introduced himself and this began the meeting.

Mr. Fuller began to speak out about his concerns regarding Mr. Kelly:
1) He doesn't want him on school premised, period.
2) NO GUNS on school premises, unless is a law office.

Mr. Olchefske then stated that he did not have a lot of time.
I asked if in fact this appointment like most, had an allocated time frame.
Mr. Southern replied that this was not his only appointment.
Mr. O left briefly.
I stated to Mr. "S" how unprofessional I felt it was to tell someone you don't have a lot of time.

Mr. Fuller reiterated that he wanted his position on the violation to be on record.

Mr. "O" stated that he treated the incident as a police matter.
School was not in session at the time of the incident.i
Mr. Kelly had suffered enough and the consequences were between Kelly and the Police.
Mr. Kelly was a longtime friend and he accepted him back witb open arms.
Policy for a child being suspended was discussed. 45 days suspension and then possible re-entry.
Mr. Fuller stated that he felt Kelly was a disgrace to the Black Race.
Mr. "S" then stated that he did not recall that Mr. Kelly was an advocate for any race.
Mr. Fuller charged " He's a black man, isn't he?".

I then exited the meeting.

Christine O. Gregoire

# ATTORNEY GENERAL OF WASHINGTON

1125 Washington Street SE • PO Box 40100 • Olympia WA 98504-0100

February 24, 2004

Mr. Michael Fuller
427 20th Avenue
Seattle, Washington 98122

Dear Michael:

Thank you for your letter of February 15. You referred to a number of very serious issues facing our state today, including the killing of African American men by white police officers and the abuse and neglect of children. Chris has asked me to respond.

Our office has stepped in on a number of cases involving law enforcement. As I mentioned to you, our work on the Brame case involved both an investigation of possible criminal charges, but also work to develop policies for domestic violence involving law enforcement. We also have worked on cases involving misuse of power by law enforcement officers. Chris has worked hard to make sure the Attorney General's Office can provide an independent, professional response to tragic situations like the ones you are concerned about.

As far as child abuse and neglect, you probably know Chris started her career as a social worker and later worked on children's cases as an Assistant Attorney General. Protection of our most vulnerable citizens – our children and the elderly – has been a priority for her throughout her career.

I hope this helps. Thank you for your concern regarding these important issues.

Sincerely,

FRED OLSON
Director of Administration

FO/gn

**GARY LOCKE**
Governor

## STATE OF WASHINGTON
## OFFICE OF THE GOVERNOR
*P.O. Box 40002 • Olympia, Washington 98504-0002 • (360) 753-6780 • www.governor.wa.gov*

February 11, 2004

Michael Fuller
427 20th Ave
Seattle, WA 98122

Dear Michael:

Thank you for contacting my office concerning an inappropriate remark made recently by Senator Alex Deccio.

The Senator is 82 years old, suffers from diabetes, and was working long hours on an especially challenging legislative issue at the time of the unfortunate comment. He immediately felt remorse and apologized to all within the room for his thoughtlessness. He followed this with a sincere apology to his colleagues and constituents.

I believe that Senator Deccio is genuinely sorry for his remark and never intended to offend anyone. Although I was disappointed by Senator Deccio's comment, we can use this incident as an example of the work we still have to do to ensure that we live in a respectful society that values differences and embraces our rich diversity.

Senator Deccio has taken responsibility and apologized for his actions, and I don't believe it calls for his resignation. Again, I appreciated hearing from you.

Sincerely,

Gary Locke
Governor



Christine O. Gregoire

# ATTORNEY GENERAL OF WASHINGTON

1125 Washington Street SE • PO Box 40100 • Olympia WA 98504-0100

February 11, 2004

Michael Fuller
427 20th Avenue
Seattle, WA 98122

Dear Mr. Fuller:

Thank you for providing my office with the data you have been compiling regarding the troubling times for American families. The number of homeless, hungry, and unemployed Americans is disturbing, and as you point out, for many families, there was no reason to cheer the recent positive economic news.

I have always said our office deals with the lives, livelihoods and quality of life for Washington residents. The numbers you provided tell an important story, but behind them there are other disturbing numbers, such as the rise in abused and neglected children. That is where our office comes in – providing the legal services to help address these urgent issues.

Providing a strong economy with family-wage jobs is the most urgent need facing this state. Only then can we reduce the disturbing numbers you have compiled. Thank you for providing the information to me.

Sincerely,

*Christine Gregoire*

CHRISTINE O. GREGOIRE
Attorney General

COG:lf



# Washington State Senate

## Senator Rosa Franklin
### Democratic Assistant Floor Leader
### 29th Legislative District

Olympia Office:
PO Box 40429
Olympia, WA 98504-0429

Phone: (360) 786-7656
FAX: (360) 786-7020
Toll Free: 1-800-562-6000
E-mail: franklin_ro@leg.wa.gov

February 9, 2004

Association Against Homelessness
in America
Michael B. Fuller, CEO
427 - 20th Ave
Seattle, WA 98122

Thank you for attending the town hall meeting and also sharing your concerns for veterans and the homeless. I am sensitive to the needs of our military veterans and those who are homeless for various reasons.

As I said at the town hall meeting, the legislature has put finds into helping the homeless and passed legislation to help veterans with education, health care and other services. I will continue my support for issues affecting improvement in the lives of those who are in need of help.

Thank you for advocating on behalf of those who need assistance from their government.

Sincerely,

*Rosa Franklin*

Senator Rosa Franklin
29th Legislative District

RECEIVED

2007 DEC 12 PM 2: 04

KING COUNTY
SUPERIOR COURT CLERK
SEATTLE, WA

Recycled

State of
Washington
House of
Representatives



STATE REPRESENTATIVE
43rd DISTRICT
FRANK CHOPP
SPEAKER OF THE HOUSE

For Immediate Release
February 2, 2004

Statement by Speaker Frank Chopp regarding remarks made by Sen. Deccio:

"The racist remark made by Alex Deccio to a member of the House of Representatives late last week was unacceptable in any context, but particularly in the Legislature – the body that is elected to represent ALL of Washington's citizens.

It is a vivid reminder to our institution, and those of us who serve here, that we must strengthen our resolve to fight racism and prejudice in any form.

We have a long way to go before we can claim to be what Dr. Martin Luther King, Jr., called "a country where every man will respect the dignity and worth of all human personality."

That is, indeed, a dream still unfulfilled. But it is my hope that the events of the last few days will renew our resolve to continue working to make it a reality."

Staff Contact:
Melinda McCrady   360-786-7385

LEGISLATIVE OFFICE: MOD 2, 104-E, PO BOX 40600, OLYMPIA, WA 98504-0600 • 360-786-7920
TOLL-FREE LEGISLATIVE HOTLINE: 1-800-562-6000 • TDD: 1-800-635-9993
E-MAIL: chopp.frank@leg.wa.gov



PRINTED ON RECYCLED PAPER



# American Civil Liberties Union
## of Washington

**President**
*Beth Andrus*

**Executive Director**
*Kathleen Taylor*

**Legal Program Director**
*Julya Hampton*

**Legal Program Associate**
*Claire Younker Moe*

November 5, 2002

Michael B. Fuller
12601 – 68th Avenue South, #1-D
Seattle, WA 98178

Dear Mr. Fuller:

Thank you for providing the documents concerning your October 2nd and 4th arrests by the Seattle Police Department.

As we discussed during your most recent office visit, the ACLU cannot provide the additional assistance you request. The ACLU seeks to preserve and extend civil liberties principles, most of which are found in the Bill of Rights, but we are unable to participate in every case that may raise a civil liberties issue. The ACLU is a private non-profit membership organization supported solely by membership dues and private donations, and selects very few cases for direct representation. Unfortunately, we lack the staff and resources to act as a general legal clinic.

Again, thank you for providing the information, which will be maintained in our files concerning police misconduct issues.

Sincerely,

CLAIRE YOUNKER MOE
Legal Program Associate

'07 DEC 12 PM 12:35 1504

KING COUNTY
SUPERIOR COURT CLERK
SEATTLE, WA

2007 DEC 12 PM 2:05

705 Second Avenue, Suite 300 Hoge Building, Seattle, Washington 98104-1799
(206) 624-2184

COMMITTEE ON THE BUDGET
COMMITTEE ON WAYS AND MEANS
SUBCOMMITTEE ON HEALTH
SUBCOMMITTEE ON HUMAN RESOURCES

JIM McDERMOTT
7TH DISTRICT, WASHINGTON

CO-CHAIRMAN
CONGRESSIONAL CAUCUS ON
INDIA AND INDIAN AMERICANS

CHAIRMAN
CONGRESSIONAL TASK FORCE ON
INTERNATIONAL HIV/AIDS

# Congress of the United States
## House of Representatives
### Washington, DC 20515

October 24, 2002

12601 68ᵗʰ Ave S #1D
Seattle, WA 98178

Dear Sir:

Thank you for your recent communication regarding police brutality of African Americans in Washington and other states in the U.S.. I appreciate the time you have taken to let me know your opinion. Please be assured that I will investigate your concerns and keep your comments in mind as issues move forward in the 107ᵗʰ Congress.

I hope you are able to access my Home page on the World Wide Web. From the web page, you will be able to send me e-mail, as well as find useful information about constituent services, legislative issues, and the federal government. Please find my page on the Internet at http://www.house.gov/mcdermott. In addition, the Library of Congress hosts a web site at http://thomas.loc.gov that is useful to research past and present federal legislation, as well as the Congressional Record.

Again, thank you for contacting me. As your Representative in Congress, it is critical that I understand the views of my constituents. I look forward to hearing from you in the future.

Sincerely,

Jim McDermott
Member of Congress

SEATTLE, WA
SUPERIOR COURT CLERK
KING COUNTY

2002 DEC 12 PM 2: 05

RECEIVED

1035 LONGWORTH BUILDING
WASHINGTON, DC 20515-4707
(202) 225-3106

http://www.house.gov/mcdermott

PRINTED ON 100% RECYCLED PAPER

1809 7TH AVENUE, SUITE 1212
SEATTLE, WA 98101-1399
(206) 553-7170



MARIA CANTWELL
WASHINGTON

# United States Senate

WASHINGTON, DC 20510-4705
October 23, 2002

Mr. Michael Fuller
12601 68th Avenue South, Apartment 1D
Seattle, Washington 98178

Dear Mr. Fuller:

Thank you for contacting me concerning the issue of racial profiling. I appreciate your input.

Racial profiling is a fundamental violation of the constitutional guarantee of equal protection under the law. Law enforcement officers need to be trained not to act upon stereotypes or beliefs that people's race or ethnicity makes them more likely to act unlawfully. No individual should have to live in fear of being stopped, or endure the humiliation of police questioning when no justifiable cause exists. Profiling not only jeopardizes individual freedom, it leads to a lack of confidence and willingness to trust law enforcement officers, report crimes, or be called upon as a witness.

I am pleased that Washington state has already passed legislation that requires state police to record and make public the racial and ethnic patterns of their traffic stops, and that encourages local law enforcement to do the same. I am also pleased by Attorney General Ashcroft's continued commitment to monitor profiling on a nationwide basis, and to bring an end to this insidious practice.

As you may know, Senator Feingold introduced legislation to address this issue, the End Racial Profiling Act of 2001 (S. 989). I fully support the provisions of this bill which would require federal, state, and local law enforcement agencies to cease practices that encourage racial profiling and would authorize grants to develop and implement best practice systems to ensure the racially neutral administration of justice.

As a member of the Judiciary Committee, I recently heard testimony from representatives of the law enforcement community, legal profession, and civil rights organizations in support of S. 989 during a briefing held February 25, 2002. I hope and expect further Committee action on this important piece of legislation in the near future.

Again, thank you for contacting me about racial profiling. As your Senator, I will continue to make fighting crime a high priority -- but not at the expense of individual freedom. Please do not hesitate to call or write me if I can further assist you in the future.

Sincerely,

Maria Cantwell
United States Senator

RECEIVED
2007 DEC 12 PH 2:05



**Margaret Pageler**
Seattle City Councilmember

September 5, 2002

Michael Fuller
12601 68th Avenue South #1-D
Seattle, WA 98178-4195

Dear Mr. Fuller:

I received a copy of your letter to Senator Cantwell regarding your
experience purchasing a camera at a 7-11 on Martin Luther King Way. I am
sorry you feel this incident was race-motivated.

My impression is that your political activism and your personal actions are
generated from a passionate devotion to the issues of race. I am sure there
are many people who are grateful for that viewpoint.

Sincerely,

Margaret Pageler
Seattle City Council



**City of Seattle**
Gregory J. Nickels
*Mayor*

RECEIVED
2007 DEC 12 PM 2: 05
KING COUNTY
SUPERIOR COURT CLERK
SEATTLE, WA

August 20, 2002

Michael Fuller
12601 68th Ave. So. #D
Seattle, Washington 98178

Dear Mr. Fuller:

I am responding to your continued inquiry about the Mayor's commitment to Low-Income Housing and his position on data collection regarding the recent discussions surrounding the issue of racial profiling.

As previously indicated to you by myself and others, the Mayor has a strong commitment to low-income housing in this community. He recently proposed and the City Council adopted a renewal of the City's Housing Levy. What is significant about this renewal is the Mayor's insistence on increasing the amount of Levy dollars that will be provided for homeownership opportunities. The Levy will produce over 2000 units of low-income housing, and significantly increase opportunities for families and low-income persons to participate in homeownership opportunities.

Secondly, you expressed support for the City Council's resolution on data collection by the Seattle Police Department and for inclusion of remote cameras on police cars. You indicated you thought that the camera's should be on continuously, and not simply when "lights and siren" were initiated by the police officers.

As I indicated to you, the Mayor developed a proposal for data collection that he believes will do a better job of collecting relevant information that can be used by the department to insure fair treatment of all citizens. His proposal will be less costly than that which was proposed by the City Council and more directly addresses the issues that are most important to the concern with racial profiling: accountability, training, transparency and an ongoing system that can be used continuously to insure fair and equal treatment.

I appreciate your interest in these issues. I hope this information is helpful.

Sincerely,

Andrew Lofton
Chief of Departmental Operations

600 Fourth Avenue, 12th Floor, Seattle, Washington 98104-1873
Tel: (206) 684-4000, TDD: (206) 684-8811, Fax: (206) 684-5360, Email: mayors.office@ci.seattle.wa.us
An equal employment opportunity, affirmative action employer. Accommodations for people with disabilities provided upon request.

# American Civil Liberties Union
## of Washington



**President**
*Beth Andrus*

**Executive Director**
*Kathleen Taylor*

**Legal Program Director**
*Julya Hampton*

**Legal Program Associate**
*Claire Younker Moe*

July 26, 2002

Michael B. Fuller
10333 Bridgeport Way SW
Lakewood, WA 98499

Dear Mr. Fuller:

I am writing to respond to your July 8th, 2002 letter requesting assistance from the ACLU. I am sorry to inform you that the ACLU will not be able to provide direct representation in your civil suit(s) against the Pierce County Jail.

The ACLU seeks to defend and preserve civil liberties principles-- most of which are found in the Bill of Rights--but we are unable to participate in every matter that may raise a civil liberties concern. As a private, non-profit organization, the ACLU selects very few cases for direct representation. We do not become involved in suits on behalf of inmates seeking monetary damages – the select few have been on behalf of inmates seeking injunctive relief.

Please understand, however, that our inability to assist you in this matter does not imply any judgment on the merits of your case(s); rather, it is simply not the type of case we pursue. Even though we cannot help you individually at this time, the information you have provided may help develop the facts necessary for broad legal action in the future, and I appreciate you taking the time to submit the documents to our office. Our decision should not discourage you from pursuing the case by contacting a private attorney.

Thank you for contacting the ACLU, and I wish you success in addressing this serious matter.

Sincerely,

CLAIRE YOUNKER MOE
Legal Program Associate

RECEIVED
2007 DEC 12 PM 2: 06
KING COUNTY
SUPERIOR COURT CLERK
SEATTLE, WA

07DEC12PM12:36.1509

PATTY MURRAY
WASHINGTON

COMMITTEES:
APPROPRIATIONS
BUDGET
HEALTH, EDUCATION, LABOR
AND PENSIONS
VETERANS' AFFAIRS

# United States Senate

WASHINGTON, DC 20510–4704

August 14, 2001

Mr. Michael B. Fuller
C/O Doris Morgan
12601 68th Avenue S., Apt. 1D
Seattle, Washington 98178-4162

Dear Mr. Fuller:

Thank you for contacting me about S. 989, the End Racial Profiling Act. It was good to hear from you.

Senator Russell Feingold (D-WI) introduced S. 989 earlier this year. This bill would require the Attorney General to collect data on traffic stops, including the type of traffic violation the driver was stopped for, the age and race of the driver, whether the stop involved a search for weapons or drugs, and whether the stop ended in citation or arrest. The Attorney General would also be required to analyze any data suggesting that traffic stops were motivated by race or other bias. The results would then be made available to Congress and the public.

I believe we need to do all we can to end race-based traffic stops and will likely support S. 989 should it come up for a vote in the Senate. Please know I will continue to work to ensure all Americans are provided with equal treatment under the law, without regard to their race, gender, age, disability, religion, national origin or sexual orientation. S. 989 is currently pending in the Senate Judiciary Committee.

Again, thank you for contacting me about this important issue. We must continue to fight to end discrimination at all levels – local, state, and federal. Please keep in touch.

Sincerely,

Patty Murray
United States Senator

PM\lew

2930 WETMORE AVENUE
SUITE 903
EVERETT, WA 98201-4107
(425) 259-6515

2988 JACKSON FEDERAL BUILDING
915 2ND AVENUE
SEATTLE, WA 98174-1003
(206) 553-5545

601 WEST MAIN
SUITE 1213
SPOKANE, WA 99201-0613
(509) 624-9515

300 W. 12TH STREET
VANCOUVER, WA 98660-2871
(360) 696-7797

402 E. YAKIMA AVENUE
SUITE 390
YAKIMA, WA 98901-2760
(509) 453-7462

PRINTED ON RECYCLED PAPER
Internet: senator_murray@murray.senate.gov
worldwide web: http://www.senate.gov/~murray/



# City of Seattle

Paul Schell, Mayor

## Seattle Police Department
Gil Kerlikowske, Chief of Police

August 13, 2001

Mr. Michael B Fuller
10333 Bridgeport Way SW
Tacoma  WA  98499

Re: File IIS-2001-0174

Dear Mr. Fuller,

This letter formally acknowledges the receipt of your complaint ~ ~
Department Internal Investigations Section.

An investigation by the Seattle Police Department will be conducted and ~ ~ be contacted
for additional input.  Your detailed account of this incident will be critical to ~ ~ investigation,
and we will make every effort to arrange for follow-up in a timely manner.

I have included a copy of our complaint-handling process which should answer any questions
you may have.  If you have further concerns, please call the Internal Investigations Section at
684-8797.

Sincerely,

R. GIL KERLIKOWSKE
Chief of Police

A/Lieutenant Mark Worstman
Internal Investigations Section

MW:lt

cc: file

Attachment

Seattle Police Department, 610 Third Avenue, Seattle, WA 98104-1886
An equal employment opportunity, affirmative action employer. Accommodations for people with disabilities provided upon request.
Call (206) 233-7203 at least two weeks in advance.

MARIA CANTWELL
WASHINGTON



# United States Senate
WASHINGTON, DC 20510-4705

RECEIVED

August 9, 2001

2007 DEC 12 PM 2: 06

KING COUNTY
SUPERIOR COURT CLERK
SEATTLE, WA

'07 DEC 12 PM 12:36 1512

Mr. Michael B. Fuller
Director
Assocation Against Homelessness in America
C/o Prince of Peace Lutheran Church
10333 Bridgeport Way Southwest
Lakewood, Washington 98499

Dear Mr. Fuller:

Thank you for contacting me regarding police misconduct and the overuse of force. I appreciate hearing your views on these issues, and I was disheartened to hear of your incident involving a member of the Seattle Police Department in late July, as well as the incident involving the family of Gregory Morgan at the end of June.

The investigation of improper conduct on the part of members of the Los Angeles Police Department and reports of racial profiling by private citizens, as well as by well-known celebrities, has brought misconduct on the part of our nation's law enforcement to the forefront of the American public's attention in recent years. I am extremely concerned about this injustice, and feel that we must remedy this situation as soon as possible. No individual should have to live in fear of being stopped, or endure the humiliation of police questioning when no justifiable cause exists.

During the last session of Congress, U.S. Representative John Conyers (D-14th MI) introduced the Law Enforcement Trust and Integrity Act of 2000 (H.R. 3981). This bill takes a comprehensive approach to improving our nation's law enforcement, and includes provisions specifically aimed at preventing police misconduct and overuse of force in the future. Examples of these measures include grants to states to study current management and operations standards for law enforcement agencies, including standards relating to administrative due process, use of force, racial profiling, and civil review boards; grants to develop pilot and permanent programs to address the need to improve current programs; and appropriations for additional expenses related to the collection of data on the use of excessive force by law enforcement, in accordance with the Violent Crime Control and Law Enforcement Act of 1994.

This bill did not come to a vote in the House last year, but it is expected that Congressman Conyers will reintroduce the bill this year. Though the bill has not yet been brought before the 107th Congress, I look forward to its reintroduction in both the House and Senate.

One specific issue related to police misconduct that I am particularly concerned about is racial profiling. Racial profiling is a fundamental violation of the constitutional guarantee of equal

PRINTED ON RECYCLED PAPER

Case 2:07-cv-00628-RSM   Document 36   Filed 12/13/07   Page 31 of 112

protection under the law. I am pleased that Washington state has already passed legislation that requires local and state police to record and make public the racial and ethnic patterns of their traffic stops. To address this issue at the federal level, Senator Feingold (D-WI) has introduced S. 989, which would prohibit this insidious act. I support S. 989 and look forward to this bill coming to a vote in the Senate.

Again, thank you for contacting me. Please don't hesitate to contact me in the future.

Sincerely,

Maria Cantwell
United States Senator

MC:nf

'07 DEC 12 PM 12:36 1523

RECEIVED
2007 DEC 12 PM 2: 07
KING COUNTY
SUPERIOR COURT CLERK
SEATTLE, WA

# City of Seattle

Paul Schell, Mayor

**Seattle Police Department**
R. Gil Kerlikowske, Chief of Police

July 25, 2001

Michael B. Fuller, Director
The Association Against Homelessness in America
c/o Prince of Peace Lutheran Church
10333 Bridgeport Way SW
Lakewood, WA 98499

Dear Mr. Fuller:

Thank you for your correspondence dated May 22, 2001. Chief Kerlikowske has asked me to respond to your letter in my capacity as Director of the Office of Professional Accountability.

I have reviewed the information you have provided and have documented your continuing concerns about police harassment. Also, I have advised the West Precinct Commander, Captain Mike Sanford, of these concerns.

Thank you for contacting us regarding these matters. This correspondence is to notify you that we have completed our investigation and are closing our file.

Sincerely,

R. GIL KERLIKOWSKE
Chief of Police

Sam Pailca, Director
Office of Professional Accountability

SP:kmk

cc:     U.S. Department of Justice, Civil Rights
        Attn: William H. Redkey, Jr.
        601 Union Street, Suite 5100
        Seattle, WA 98101-3903

        Federal Bureau of Investigation
        Attn: Charles Mandigo, Spl. Agt. In Charge
        1110 Third Avenue
        Seattle, WA 98104

        American Civil Liberties Union of WA
        705 Second Avenue, Suite 300
        Seattle, WA 98104-1799

        Capt. Mike Sanford
        West Precinct
        810 Virginia St.
        Seattle, WA 98101

Seattle Police Department, 610 Third Avenue, Seattle, WA 98104-1886
An equal employment opportunity, affirmative action employer. Accommodations for people with disabilities provided upon request.
Call (206) 233-7203 at least two weeks in advance.

STATE REPRESENTATIVE
43rd DISTRICT
**FRANK CHOPP**
DEMOCRATIC SPEAKER OF
THE HOUSE

State of
Washington
House of
Representatives

RULES
CO-CHAIRMAN



March 5, 2001

RECEIVED
2001 DEC 12  PM 2: 07
KING COUNTY
SUPERIOR COURT CLERK
SEATTLE. WA

Micheal B. Fuller, Director
The Association against Homelessness in America
10333 Bridgeport Way SW
Lakewood, WA 98499

Dear Mr. Fuller,

Thank you for contacting my office regarding the problem of homelessness in our state. This is an issue of great importance to me, and I assure you I am doing everything I can to ensure that issues relating to homelessness get the attention they deserve.

One solution I strongly support is allocating more money in the capital budget for the Housing Trust Fund. This program would provide more low-income and transitional housing for the homeless. I believe that affordable and transitional housing provides an opportunity for homeless and low-income citizens to create a better life for themselves and their families.

I commend you for all your effort over the past several years in bringing the plight of the homeless to the attention of elected officials across the nation. You are truly making a difference.

Sincerely,

Frank Chopp
Democratic Speaker of the House

'07 DEC 12 PM 12:36

The News Tribune, Monday, March 5, 2001 **A3**

# Byrd apologizes for use of racial epithet on TV

**INTERVIEW:** Veteran senator says remark 'dates back to boyhood'

**The Associated Press**

WASHINGTON – Sen. Robert Byrd (D-W.Va.) apologized for his use of a racial epithet in an interview broadcast Sunday.



Asked about race relations today, the 83-year-old Byrd said in the interview taped Friday with "Fox News Sunday" that they are "much, much better than they've ever been in my lifetime. ... I think we talk about race too much. I think those problems are largely behind us."

**Byrd**

He continued: "I think we try to have good will. My old mom told me, 'Robert, you can't go to heaven if you hate anybody.' We practice that. There are white niggers. I've seen a lot of white niggers in my time; I'm going to use that word.

"We just need to work together to make our country a better country, and I'd just as soon quit talking about it so much."

The interviewer, Tony Snow, said Byrd's office later issued an apology.

"I apologize for the characterization I used on this program. The phrase dates back to my boyhood and has no place in today's society. As for my language, I had no intention of casting aspersions on anyone of another race," according to the statement read on air.

During the interview, Byrd also mentioned his early membership in the Ku Klux Klan, which has long been known.

"We all make mistakes. I made a mistake when I was a young man – it's always been an albatross around my neck – in joining the Ku Klux Klan," said Byrd. "I think we can all profit by our mistakes. I think we've reached a new plateau, and I think it's going to keep going upward, that understanding and race relations."

NAACP President Kweisi Mfume wasn't impressed by the apology. He told The Associated Press the fact Byrd felt "comfortable enough on nationwide TV to refer to any group in that manner suggests any progress he has made on race is relative."

Calling the remark "both repulsive and revealing," the head of the National Association for the Advancement of Colored People said he assumes Byrd's apology was well-meant, but suggested there comes a time when a person has to avoid making remarks that require apologies.

## Legislator apologizes for drunken driving

OLYMPIA – Rep. Alex Wood, D-Spokane, apologized to his friends, colleagues and constituents yesterday, after being arrested and cited for driving under the influence of alcohol.

Police spokesman Dick Machlan said Wood drove about 80 feet in the wrong direction down a one-way street before being stopped by police at about 1:15 a.m. yesterday.

"I want to apologize to everyone affected by my actions Monday night – to my friends and colleagues, and to my constituents in Spokane County," Wood said through a spokesman. "I made an awful mistake in judgment. This is an important lesson for me."

Wood, 55, failed four sobriety tests. During the first test, the police report says he told Sgt. John Hutchings and Officer Greg Brown: "No arguing guys, I've have had a few drinks."

Wood was arrested and taken to the police station, where his blood-alcohol content tested at 0.198 percent and 0.203 percent in two consecutive tests. He was cited for driving under the influence of alcohol, ordered to appear in Olympia Municipal Court, and released. The legal intoxication threshold in Washington is 0.08.

Driving under the influence of alcohol is a gross misdemeanor. It's punishable by a maximum year in jail and $5,000 fine.

SEATTLE, WA
SUPERIOR COURT CLERK
KING COUNTY
2001 DEC 12 PM 2: 07
RECEIVED

'07 DEC 12 PM 12:37 15:16



**U.S. Department of Justice**

Civil Rights Division

```
ANM:kc:pmt
DJ 144-82-0
```

*Criminal Section*
*P.O. Box 66018*
*Washington, DC  20035-6018*

FEB 2 8 2001

Mr. Michael Bernard Fuller
10333 Bridgeport Way SW
Lakewood, Washington  98499

Dear Mr. Fuller:

This is in response to your letter dated January 24, 2001 concerning your allegations that you were the victim of a civil rights violation during an incident in which two Lakewood police officers requested your identification.

We have carefully reviewed the information in your correspondence, and concluded that there is no prosecutable violation of federal criminal civil rights statutes. Accordingly, we are unable to assist you in this matter.

In our review of your letters dated September 28, 2000 and December 30, 2000 concerning the incident at Pioneer Square on September 6, 2000, please provide specific details of your contact and the altercation with the arresting officer as well as the sequence of events on that day.  You can be assured that if the evidence indicates a prosecutable violation of federal criminal civil rights statutes, appropriate action will be taken.

Sincerely,

Albert N. Moskowitz
Section Chief
Criminal Section
Civil Rights Division

By:

Kevin Callahan
Paralegal Specialist
Criminal Section

RECEIVED

2001 DEC 12 PM 2:07

KING COUNTY
SUPERIOR COURT CLERK
SEATTLE, WA

'07DEC12PM12:37 IS17

**U.S. Department of Justice**

Federal Bureau of Investigation

In Reply, Please Refer to
File No.

1110 Third Avenue
Seattle, WA 98101-2904

February 28, 2001

Mr. Michael Bernard Fuller
10333 Bridgeport Way SW
Lakewood, WA 98499

Dear Mr. Fuller:

      This communication is in response to the information
you provided on February 22, 2001.

      The Civil Rights Division, Department of Justice, has
established specific criteria which, in most circumstances, must
be present before the Federal Bureau of Investigation (FBI) will
initiate a civil rights investigation of an incident.  The
information you provided has been thoroughly reviewed, and was
found to lack information sufficient to initiate a civil rights
investigation.  In fact, from the information you provided, it
appears that you are requesting the FBI's assistance in restoring
your bus riding privileges and facilitating the return of your
bus pass and identification.

      As your complaint lacks sufficient information to
establish FBI jurisdiction in the matter, the FBI will not be
initiating a civil rights investigation at this time.  It is
noted that you have referred a copy of your complaint to the
Department of Justice, Civil Rights Division, Criminal Section.
Please be advised that the Department of Justice, Civil Rights
Division, Criminal Section maintains authority to make a final
determination regarding the criminal prosecution of all civil
rights cases.

      In that regard, the information you have provided has
been made a matter of record with the FBI.  Any additional
information which you deem pertinent may be forwarded to this
office, in writing, at the above address.  Any new information

RECEIVED

2001 DEC 12 PM 2: 07

KING COUNTY
SUPERIOR COURT CLERK
SEATTLE, WA

07DEC12PM1247518

will be reviewed and a determination made as to whether an
investigation is warranted.

Sincerely,

Charles E. Mandigo
Special Agent in Charge

By:
Danny L. Barkley
Supervisory Special Agnet

07DEC12PM12:37 1519

SEATTLE, WA
SUPERIOR COURT CLERK
KING COUNTY
2    2007 DEC 12 PM 2: 07

RECEIVED

# ASSOCIATION AGAINST
# HOMELESSNESS IN AMERICA

MICHAEL B. FULLER, DIRECTOR
c/o PRINCE OF PEACE LUTHERAN CHURCH
10333 BRIDGEPORT WAY SW
LAKEWOOD, WA 98499
(253) 584-2565

WELCOME TO AAHIA!!!

February 8, 2001

George W. Bush, President – The White House

1600 Pennsylvania Ave.

Washington, D.C. 20500-0003

I am the Director of the above-named association and it was founded and organized

to benefit the homeless veterans, their families and non-veteran families by:

- Securing grants to refurbish abandoned and boarded-up houses across America.
- Tax deductible contributions are needed in order to provide 250 transitional beds and non-veteran housing in the State of Washington.
- Providing education, training/retraining, counseling, job preparedness for those who are employable.
- Decreasing crime in America due to the above problems and mental illness.
- Follow-ups.

American veterans have been neglected far too long by the government in providing decent housing and basic needs since veterans returned from various wars. They came back home and were ignored instead of being rewarded for their services in the Armed Forces. They fought in foreign lands to protect our country, making it a strong, secure and free nation.

We need your support and assistance in accomplishing the above goals for our homeless veterans and families. (
Association Against Homelessness in America's (

Won't you help us to achieve the above-listed goals? Thank you in advance for your assistance in funding and furnishing names of corporations, business and other organizations/agencies as possible contributors to the Association Against Homelessness in America. We need their contributions also.

*Michael B. Fuller*

e-mail: fmichael_@hotmail.com

EIN 91-2002256

A.A.H.A.
MICHAEL B. FULLER, DIR.
10333 BRIDGEPORT WAY SW
LAKEWOOD, WA 98499

# THE WHITE HOUSE

## WASHINGTON

November 2, 2000

Mr. Michael B. Fuller
A. A. H. A.
10333 Bridgeport Way Southwest
Lakewood, Washington  98499-2300

Dear Mr. Fuller:

    On behalf of President Clinton, thank you for sharing your views.  The President appreciates knowing your thoughts.

    As this Administration continues to address the fundamental concerns of the American people and works to move the nation forward into the twenty-first century, we will keep your ideas in mind.

    Best wishes.

Sincerely,

Delia A. Cohen
Special Assistant to the President
Director of Correspondence and
Presidential Messages

RECEIVED

2007 DEC 12 PM 2: 08

KING COUNTY
SUPERIOR COURT CLERK
SEATTLE, WA

'07DEC12PM12:37:1521



## OFFICE OF THE VICE PRESIDENT
### WASHINGTON

07 DEC 12 PM 12:37 1522

October 4, 2000

Mr. Michael Fuller
10333 Bridgeport Way, SW
Lakewood, WA 98499

Dear Mr. Fuller:

On behalf of Mrs. Gore, I would like to thank you for sending her a copy of your letter to Mayor Shell regarding homelessness in Seattle. As you know, Mrs. Gore's personal commitment is to end the stigma associated with mental illness, increase access to mental health care, and improve the quality of treatment. It is my hope that, by this date, the issues described in your letter have been addressed and resolved to your satisfaction.

Mrs. Gore understands your frustration and concerns. Ending homelessness and helping people succeed in their daily lives is one of her priorities. She gains so much inspiration from organizations and individuals, such as you, who each day try to make a difference in the lives of those who are homeless, and those in danger of losing their homes. I have enclosed a list of Washington Resources, some of which you may not be familiar, for your reference.

Mrs. Gore sends her best wishes and her thanks for your support.

Sincerely,

Audrey Tayse Haynes
Chief of Staff for Mrs. Gore

Enclosure

SEATTLE, WA
SUPERIOR COURT CLERK
KING COUNTY

2007 DEC 12 PM 2: 08

RECEIVED

PRINTED ON RECYCLED PAPER

**BUSH**
**CHENEY**

September 25, 2000

Mr. Michael Fuller
Director, The Association Against
Homelessness in America
c/o Prince of Peace Lutheran Church
10333 Bridgeport Way SW
Lakewood, WA 98499

Dear Michael,

Thank you for your letter and your interest in my views on issues affecting the lives of America's veterans. I appreciate your concern about this important area of national policy. There is no question that we are the freest people, in the freest nation on earth, because of the courage and commitment of America's veterans. These men and women put duty and country above self, and in so doing, brought honor upon themselves and our country.

I believe we owe it to our veterans to remember what they have done for us through daily advocacy on their behalf. A good place to start is in the areas of health care and compensation claims. Soldiers once ordered to stand in the line of fire should not now be ordered to stand in line at the nearest federal bureaucracy, waiting with hat in hand.

Specifically, I have called for an immediate, comprehensive review of our military conducted by a leadership team under the Secretary of Defense, and I will require a thorough review of our military health care programs. The review should challenge the status quo and envision a plan that provides quality, affordable health care choices to our active duty and retired military personnel.

I believe our government should honor the health care commitment made to the men and women who have served and are now serving honorably in our military. They should have access to health care plans that can meet the changing needs of their diverse population. For example, some of our enlisted have young families with different health care needs than those nearing retirement. The Defense Department is testing a pilot program that gives military personnel – both active and retired – a menu of choices through the Federal Employees Health Benefit Program (FEHBP). I look forward to reviewing the results of this and other pilot programs.

In a September address at The Citadel, I outlined many of my proposals to keep America's military strong and repay our debt of gratitude to our veterans. If I am fortunate to be elected President, I will insist on reforms that say to America's veterans: The nation you fought to protect will now fight to protect you. As the campaign moves forward, and I continue to develop specific proposals on my vision for America, your thoughts and advice are always welcome.

Sincerely,

George W. Bush

Enclosures

**www.GeorgeWBush.com**

Post Office Box 1902, Austin, Texas 78767-1902  OFFICE 512-637-2000  FAX 512-637-8800

Paid for by Bush/Cheney 2000, Inc.



# City of Seattle

Paul Schell, Mayor
**Office of the Mayor**

RECEIVED

2007 DEC 12 PM 2: 09

KING COUNTY
SUPE 'OR COURT CLERK
SEATTLE, WA

August 15, 2000

Michael B. Fuller, Director
The Association Against Homelessness in America
c/o Prince of Peace Lutheran Church
10333 Bridgeport Way SW
Lakewood, WA 98499

Dear Mr. Fuller:

My apologies for such a late response to your March 7 letter that expressed your concerns about my commitment to helping homeless people in our community. I want to assure you that we are working hard to provide services to meet the homeless population's needs. While I would like to do more, local governments are under tremendous constraints due to recent state initiatives and changes in federal priorities that have cut revenues for services. For example, the City of Seattle received $8 million less in federal McKinney funds this year for homeless services.

Since I became Mayor of this great city, I have increased funding for homeless services while seeking creative solutions to help homeless individuals and families stabilize their lives. We've developed several exciting new strategies that improve homeless services as well as address the root causes of homelessness. Our goal is to help homeless people stabilize their lives to the greatest extent possible through treatment, employment services, counseling assistance, and access to permanent, affordable housing.

Never before have we seen such a high degree of services available to help homeless individuals. In 1999, my budget included approximately $9.1 million to provide services for homeless people. This included $5 million for emergency shelter and transitional housing, $1.4 million for emergency food services, $1.4 million for housing-related social services, and over $400,000 for hygiene services. I added $1.8 million for new services and shelter support in the 1999-2000 budget, and then an additional $800,000 in a 2000 supplemental budget request to expand services for homeless women.

One of our initiatives supports a collaborative effort with businesses and faith-based organizations to increase housing and shelter. Another is developing a countywide outcome-based, automated, client intake, information, and referral system to be utilized by providers of homeless shelter and supportive services. The goal of this initiative is to make it easier for homeless people to move from shelters to permanent housing and to improve the accountability of the regional homelessness response system.

600 Fourth Avenue, 12th Floor, Seattle, WA 98104-1873
Tel: (206) 684-4000, TDD: (206) 684-8811, Fax: (206) 684-5360, E-mail: mayors.office@ci.seattle.wa.us
An equal employment opportunity, affirmative action employer. Accommodations for people with disabilities provided upon request.

Mr. Fuller
August 15, 2000
Page 2

Over the past year, the Bill & Melinda Gates Foundation has worked with the University of Washington School of Social Work and the City of Seattle's Office of Housing to examine systems related to family health and stability. Housing with supportive services was identified as a critical need for the Puget Sound region; together, we have developed a proposal to address the needs of local families in crisis.

We are working closely with the downtown business community, King County government, and United Way to build on a regional Continuum of Care system that addresses the underlying causes of homelessness and helps homeless people move from the streets or shelters into permanent housing. Many shelter sites offer job placement opportunities and referrals to appropriate alcohol/drug or mental illness treatment centers. This client-focused plan promotes innovation and cooperation among the region's social services providers.

We have also stepped up our efforts to develop more affordable housing units for low-income households. Through our partnership with community-based, nonprofit housing developers, hundreds of low-cost housing units have been developed all over the City. Recent developments include the following:

- Eastern Hotel, 47 units
- Frye Hotel, 235 units
- Lyon Building, 64 units
- Safe Haven, 40 units

Additionally, the City has been incorporating homeless units into other low-income projects funded by the City. Last year, 104 units were funded and made available in this manner.

And finally, I am sorry that you felt my staff dealt with you in a disrespectful manner; I agree that customer service is very important, and I regret that you feel you didn't receive first-rate treatment.

I hope this letter provides assurances that City government is doing everything possible to deal with the multitude of complex issues related to homelessness. Thanks again for taking the time to share your concerns with me.

Very truly yours,

Paul Schell

SEATTLE, WA
SUPERIOR COURT CLERK
KING COUNTY

2007 DEC 12 PM 2: 09

RECEIVED

07DEC12PM1237:525

# BUSH

## FOR PRESIDENT

2007 DEC 12 PM 2:10
KING COUNTY
SUPERIOR COURT CLERK
SEATTLE WA
RECEIVED

July 18, 2000

Mr. Michael Fuller
c/o Prince of Peace Lutheran Church
10333 Bridgeport L Way SW
Lakewood, WA 98499

Dear Michael,

Thank you for your letter about homelessness. I share your concern for this problem in our society.

The reasons people become homeless are many, and so are the solutions. That is why I believe that the best way to help the homeless in America is to give local communities more flexibility with the federal dollars they receive so they can diagnose the cause and prescribe a cure at the local level.

Local people know best how to help their neighbors in need who find themselves without a roof over their heads. By freeing them to tailor solutions to their community's needs, they can better help their neighbors regain their dignity, their place in the community, and their means to support themselves and their families.

One of our duties as a nation is to help those who cannot help themselves. Government can and should be a part of the effort, but government alone cannot end homelessness. Ending homelessness will take the best efforts of every American, doing our part in our own communities – by volunteering to help at the soup kitchens, relief shelters and charity organizations, and by getting involved with the faith-based ministries of churches, synagogues and mosques. These armies of compassion – people of faith and goodwill – are changing our nation one heart, one soul and one conscience at a time.

As the campaign moves forward, your thoughts and ideas about this and other important issues are always welcome. I appreciate your taking the time to write.

Sincerely,

George W. Bush

www.GeorgeWBush.com

Post Office Box 1902, Austin, Texas 78767-1902  OFFICE 512-637-2000  FAX 512-637-8800

Paid for by Bush for President, Inc.

## THE WHITE HOUSE

### WASHINGTON

June 15, 2000

Mr. Michael Fuller
c/o Prince of Peace Lutheran Church
10333 Bridgeport Way, S.W.
Lakewood, Washington  98499-2300

Dear Mr. Fuller:

Thank you for writing to me.  I apologize for the delay in responding to your letter.  The amount of mail I have received has meant that I have not been able to respond as promptly and personally as I would prefer.  I appreciate that you took the time to share with me your ideas on a subject that is important to you and many others.

The President and I welcome the thoughts and opinions of concerned individuals.  Your support and the support of all Americans can be invaluable to the President and his Administration as they work toward meaningful and lasting change.

Sincerely yours,

Hillary Rodham Clinton

Hillary Rodham Clinton

SEATTLE, WA
SUPERIOR COURT CLERK
KING COUNTY

2007 DEC 12 PM 2: 10

RECEIVED

07DEC12PM12:37 ıs27

DEPARTMENT OF VETERANS AFFAIRS
Puget Sound Health Care System
1660 South Columbian Way
Seattle, WA 98108-1597

American Lake Division
Tacoma, WA 98493-5000

Seattle Division
Seattle, WA 98108-1597

In Reply Refer To: 663/116HOME

April 19, 2000

RECEIVED
APR 23 2000
A.A.H.A.
MICHAEL B. FULLER, DIR.
10333 BRIDGEPORT WAY SW
LAKEWOOD, WA 98499
By

Mr. Michael B. Fuller
Prince of Peace Lutheran Church
10333 Bridgeport Way SW
Tacoma, WA 98499

RE: The Association Against Homelessness in America

Dear Mr. Fuller:

Thank you for your efforts on behalf of homeless veterans. I appreciate your advocacy, and the concerns of your organization "The Association Against Homelessness in America."

As Director of the Homeless Veteran Care Line at VA Puget Sound Health Care System (VAPSHCS), I share your particular concern for shelter and transitional housing in Pierce County. As I indicated to you earlier, the VA Homeless Grant and Per Diem program may offer a means for your organization to acquire additional funds for housing initiatives. Two, non-profit organizations in the Puget Sound Metropolitan Area received nearly $1.5 million last year through the VA Grant and Per Diem Program. These funds will be used to develop seventy (70) new transitional living beds for homeless veterans.

The Notice of Fund Availability for this years VA Grant and per Diem Program has been published. You may obtain an application package by calling the following toll-free number 1-877-332-0334. While it may be too late to apply this year, you may wish to incorporate VA Grant and Per Diem into your planning for next year.

Again, I appreciate your commitment to serve homeless veterans. Let me know if I can be of further assistance.

Sincerely,

WM. DAVID HAMILTON, MSW
Director Homeless Veteran Care Line

RECEIVED
2007 DEC 12 PM 2:10
KING COUNTY
SUPERIOR COURT CLERK
SEATTLE, WA

'07 DEC 12 PM 12:37 1528

PATTY MURRAY
WASHINGTON

COMMITTEES:
APPROPRIATIONS
BUDGET
HEALTH, EDUCATION, LABOR
AND PENSIONS
VETERANS' AFFAIRS

# United States Senate
### WASHINGTON, DC 20510-4704

February 10, 2000

**HAND DELIVERED**

FEB 2 3 2000

OFFICE OF THE GOVERNOR

Mr. Michael B. Fuller
Prince of Peace Lutheran Church
10333 Bridgeport Way SW
Tacoma, Washington 98499

**RECEIVED**

FEB 2 3 2000

Office of the Secretary of State

Dear Mr. Fuller:

Thank you for contacting me with your concerns regarding homelessness and your support for state curfew legislation.

As a U.S. Senator, I have been a strong supporter of efforts to combat homelessness. I am proud of the programs our local communities in Washington state have initiated to address this problem. While local agencies, non-profit organizations, and churches will continue to be on the front lines of this problem, the federal government provides critical resources.

The McKinney Act is the foundation for federal involvement in helping homeless families and individuals. Last year, the Congress provided $1.020 billion for McKinney Act programs. While this is a solid investment, more needs to be done. I am pleased President Clinton requested $1.2 billion – a $180 million increase – for McKinney Act programs for fiscal year 2001. As a member of the Senate Appropriations Committee, this will be one of my highest priorities. We must also fully fund a wide range of programs that address the whole spectrum of issues faced by the homeless.

Several communities in Washington state have tested curfews in recent years. I believe the question of imposing curfews should remain a largely local decision. And, as in the past, state and federal courts will continue impose some restraints on the use of curfews with respect to civil rights as specific cases come before them.

I urge you to continue working with state and local officials to prevent crime and address homelessness.

*Mayor Bill Harrison*
**RECEIVED**

FEB 2 4 2000

CITY OF LAKEWOOD

Sincerely,

*Patty Murray*

Patty Murray
United States Senator

2930 WETMORE AVENUE
SUITE 903
EVERETT, WA 98201-4107
(425) 259-6515

2988 JACKSON FEDERAL BUILDING
915 2ND AVENUE
SEATTLE, WA 98174-1003
(206) 553-5545

601 WEST MAIN
SUITE 1213
SPOKANE, WA 99201-0613
(509) 624-9515

140 FEDERAL BUILDING
500 W. 12TH STREET
VANCOUVER, WA 98660-3571
(360) 696-7797

402 E. YAKIMA AVENUE
SUITE 390
YAKIMA, WA 98901-
(509) 453-7462

PRINTED ON RECYCLED PAPER
Internet: senator_murray@murray.senate.gov
worldwide web: http://www.senate.gov/~murray/

**NORM DICKS**
6TH DISTRICT, WASHINGTON

COMMITTEE:
**APPROPRIATIONS**

SUBCOMMITTEES:
**INTERIOR**
RANKING DEMOCRATIC MEMBER

**NATIONAL SECURITY**
**MILITARY CONSTRUCTION**



2467 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC 20515-4706
PHONE: (202) 225-5916

DISTRICT OFFICES:

SUITE 2244
1717 PACIFIC AVENUE
TACOMA, WA 98402-3234
PHONE: (253) 593-6536

SUITE 301
500 PACIFIC AVENUE
BREMERTON, WA 98337
PHONE: (360) 479-4011

http://www.house.gov/dicks/

RECYCLED PAPER

# Congress of the United States
## House of Representatives
### February 4, 2000

Mr. Michael Fuller
Prince of Peace Lutheran Chruch
10333 Bridgeport Way SW
Tacoma, WA  98499



RECEIVED
FEB 17 2000
ATTORNEY GENERAL'S OFFICE
SEATTLE

RECEIVED
FEB 17 2000
KING COUNTY EXECUTIVE

Dear Mr. Fuller:

Thank you for contacting me to express your concerns about the plight of Elian Gonzalez, the Cuban boy found off the coast of Florida after the death at sea of his mother. I appreciate your thoughtful comments regarding this very sensitive issue.

As you may know, the courts, as a result of a lawsuit brought by the boy's great uncle, Lazaro Gonzalez, are currently determining whether the Immigration and Naturalization Service and the Justice Department wrongfully dismissed the family's petition for political asylum for the boy when determining that Elian should be returned to Cuba. The case is to be considered on an expedited basis, and a decision should be rendered soon.

I am very concerned that, with all of the media attention and politicization of this issue, the most important question may be ignored: What is the best long-term solution for Elian Gonzalez? The bond between a father and son is important to consider, as is the environment in which the boy is to be raised. Cuba is the poorest country in the Western Hemisphere, and the quality of life there is far below our own. Further, there are few choices and opportunities for children growing up under the military dictatorship currently governing Cuba. I believe that all of these issues must be seriously considered prior to making any decision in this case.

It is possible that Congress may consider legislation that would effectively confer citizenship on the boy. That would be an unusual precedent for the House to establish and I believe that the House should be extremely cautious about proceeding with this legislation.

Thank you again for contacting me. Please be assured that I will continue to follow this issue closely and will keep your comments in mind.

Sincerely,

NORM DICKS
Member of Congress

Mayor Bill Harrison
RECEIVED
FEB 16 2000





**OFFICE OF THE VICE PRESIDENT**
WASHINGTON

January 12, 2000

Mr. Michael Fuller
The Association Against Homelessness in America
C/o Prince of Peace Lutheran Church
10333 Bridgeport Way SW
Lakewood, WA 98499

Dear Mr. Fuller:

Thank you for taking the time to write to me regarding the issue of homelessness. I share your concerns for this serious problem.

The plight of the homeless in America is of great importance to me. As you know, the Administration is working to break the cycle of homelessness through the Continuum of Care approach. Continuum of Care is designed to protect the existing stock of affordable housing, increase the number of affordable units on the market, expand opportunities for low-income people and create housing options that meet the diverse needs of the homeless. The 1999 budget includes increasing the Low Income Housing Tax Credit to create an additional 180,000 rental housing units, 100,000 new housing vouchers, and investing more than $1.1 billion to expand the Continuum of Care.

In my capacity as Special Advisor to the Interagency Council on the Homeless, I am working to improve the effective delivery of federal homeless assistance resources and program coordination at the State and local level.

Again, thank you for your letter. It is encouraging to know of your interest and concern for homeless Americans.

Sincerely,

Tipper Gore

SEATTLE, WA
SUPERIOR COURT CLERK
KING COUNTY
2007 DEC 12 PM 2: 11
RECEIVED

07 DEC 12 PM 12:38 1831

PRINTED ON RECYCLED PAPER

Case 2:07-cv-00628-RSM   Document 36   Filed 12/13/07   Page 50 of 112



RECEIVED

DEC 16 1999

THE MAYOR'S OFFICE

RECEIVED

DEC 15 1999

ATTORNEY GENERAL'S OFFICE
· SEATTLE ·

RECEIVED DEC 15 1999

THE VICE PRESIDENT
WASHINGTON

RECEIVED

DEC 16 1999

CITY OF LAKEWOOD

CITY OF SEATTLE
MAYOR'S OFFICE
99 DEC 15 AM 9:2

RECEIVED

RECEIVED

DEC 15 1999

OFFICE OF THE GOVERNOR

DEC 15 1999

Office of the Secretary of State

December 3, 1999

HAND DELIVERED

Mr. Michael Fuller
Prince of Peace Lutheran Church
10333 Bridgeport Way SW
Tacoma, WA 98499-2391

Dear Mr. Fuller:

Thank you for writing me again to express your further views about homelessness. I appreciate receiving the letters and petitions that you sent concerning this important issue.

I remain concerned that at least 600,000 men, women and children are homeless on the streets in America each and every night with many others at-risk of becoming homeless. That is why I am committed to working with communities to end homelessness in America and open the doors of opportunity to all our people.

The President and I have worked to change the way communities respond to homelessness through our Continuum of Care strategy that combines federal resources with local innovation. We are working with communities to protect the existing stock of affordable housing and to find creative ways to increase the number of affordable units on the market. Further, we are working to expand opportunities for low-income people and families to realize the American dream of owning their own home. In the FY 2000 budget, we fought for and won more than $1 billion for the Continuum of Care, 60,000 new housing vouchers for low-income families, more housing assistance for the elderly and disabled, and rent subsidies for hundreds of thousands of low income families.

To end homelessness, we must combine housing and equal opportunity with support and security. We need decent wages, job training, child care, and physical and mental health care for people in need. That is why we have fought for and won additional investments in child care and after school programs, children's health care and mental health services, and job training and job placement services. But we still need to increase the minimum wage and give millions of hard working Americans the pay raise they deserve.

I know that government does not have all of the solutions. Government can never be a substitute for the security of a caring community, the warm embrace of a parent's love, or the power of one individual helping another. Communities must work together and find creative

solutions to this issue.  Your thoughts are helpful to me in this regard.

Again, thanks for letting me hear from you.

Sincerely,

Al Gore

AG/ea

**U.S. Department of Education**
Office of Secretary's Regional Representative
915 2nd Avenue, Suite 3362
Seattle, WA  98174-1099

RECEIVED
2007 DEC 12  PM 2: 11
KING COUNTY
SUPERIOR COURT CLERK
SEATTLE WA

'07 DEC 12 PM 12:38 1533

RECEIVED

DEC 27 1999

CITY MANAGER'S OFFICE

RECEIVED
DE
2007 DEC 12 PM 2: 11
KING COUNTY
SUPERIOR COURT CLERK
SEATTLE, WA

RECEIVED

DEC 28 1999

KING COUNTY EXECUTIVE

RECEIVED
DEC 30 1999
CITY OF LAKEWOOD



United Way
of Pierce County

Michael Fuller, Director
Association Against Homelessness in America
10333 Bridgeport Way SW
Lakewood, WA 98499

P.O. Box 2215
Tacoma, Washington 98401
(253) 272-4263
www.uwpc.org

Dear Mr. Fuller:

Thank you for taking the time to stop by our United Way offices to discuss the issue
of homelessness. The effort you are making to stop homelessness in America is to be
commended.

I hope your review of our Center for Non-profit Development and our Grants
Library proved helpful. The library was funded in part by the Cheney Foundation
right here in Tacoma.

The people you have already talked with at United Way are the most knowledgeable
and the most closely connected to the issues of homelessness in our community. I
hope you have found those discussions helpful. Others in the community dealing
with the issues of homelessness and housing include Pierce County Community
Action, the Metropolitan Development Council, the city and county Housing
Authorities, and the Martin Luther King Center, to name a few. I would not be
surprised to learn you have already worked with or contacted a number of these.

I have enclosed a list of United Way member agencies in the event there might be
some on this list you would find helpful.

Thank you once again for your work in this area.

Sincerely,

RECEIVED

DEC 29 1999

EXECUTIVE

Rick Allen
President

RECEIVED
DEC 29 1999
Office of the Secretary of State

RECEIVED

RECEIVED

RECEIVED
DEC 23 1999
THE MAYOR'S OFFICE

City of Olympia
P.O. Box 1967
Olympia, WA 98507-1967

DEC 1999
RECEIVED

HAND DELIVERED
DEC 23 1999
OFFICE OF THE GOVERNOR

November 12, 1999

RECEIVED
2007 DEC 12 PM 2: 11
KING COUNTY
SUPERIOR COURT CLERK
CITY COUNCIL WA



Mr. Michael Fuller
Prince of Peace Lutheran Church
10333 Bridgeport Way S
Tacoma, WA 98499

RECEIVED
DEC 3 0 1999
CITY OF LAKEWOOD

Dear Mr. Fuller,

Thank you for delivering your packet of information regarding your efforts on behalf of the homeless. I was touched by what I read. I will continue to do what I can here in the state legislature on behalf of those like the homeless for whom society has real obligations.

Thank you for letting me know about yourself and what you are doing.

Warmly,



Shay Schual-Berke, M.D.
State Representative - 33rd District

HAND DELIVERED
DEC 0 7 1999
OFFICE OF THE GOVERNOR

CITY OF SEATTLE
MAYOR'S OFFICE
99 DEC 28 AM 8:15
RECEIVED

City of Olympia
P.O. Box 1967
Olympia, WA. 98507-1967

CITY OF BAINBRIDGE ISLAND
625 WINSLOW WAY EAST
BAINBRIDGE ISLAND, WA 98110
12/29/99

RECEIVED
DEC 27 1999
CITY MANAGER'S OFFICE

RECEIVED
DEC 0 7 1999
Office of the Secretary of State

'07 DEC 12 PM 12:38 1535

RECEIVED
DEC 28 1999
KING COUNTY EXECUTIVE

RECEIVED
DEC 27 1999
CITY OF RENTON

RECEIVED
DEC 27 1999
CHURCH COUNCIL

RECEIVED
CENTRAL OFFICE

RECEIVED
DEC 28 1999
KING COUNTY EXECUTIVE

'99 DEC 23 P4:24

TO: Micheal Fuller
C/O Prince of Peace Lutheran Church
10333 Bridgeport way S.W. Lakewood, Wa. 98499

Dear Prince of Peace Lutheran Church:

I hope this letter finds Micheal Fuller doing well and in good spirits. It is tragic for him as well as society to see his efforts to educate the public about the homeless go unrewarded or unappreciated. That was a nice letter he wrote.

ATTORNEY GENERAL
OF WASHINGTON

With regards to Mr. Fuller's letter, there are enough homeless programs now, any reward for Mr. Fuller, and other homeless like him would come in the form of a radically new homeless program. A homeless program that would be subsidized by the U.S. Government, but run by the community. Such a homeless program would provide volunteer jobs for the homeless in exchange for extra food, clothes, shelter, job service, resume writing, and counseling. Rewards never come easy, but the reward for Mr. Fuller and others that are homeless, would be a sense of purpose, and contribution, and possibly accomplishment. Sustenance for the program would come from subsidy from the Govt., and tax breaks for the individual businessperson that provided the volunteer job(s).

As for the existing program, Mr. Fuller will eventually be reinstated with HUD, in the mean time, perhaps he could find a church member(s) that would help him network and he would be able to work out independent housing for himself.

If a program like this did come into existence in the future, it would separate those willing to work from those not willing to work. And those not willing to work would be provided incentive, when they saw extra resources being generated for those who volunteered. Some people won't work or can't work in any case but, eventually all who complied with the program, would learn to restructure their lives, and get back into the community, not to mention coming in contact with working members of the community. A program like this could provide extra jobs by bringing homeless in to help run the program, bringing in invaluable experience.

In any case I am relying on your charity to give this $100 dollars to Mr. Fuller for an immediate reward, and recognition for his positive efforts to help himself and raise public awareness. _____ For he did try, no matter successful or unsuccessful his efforts; I encourage him to keep up the good fight.

Sincerely anonymous

RECEIVED
DEC 27 1999
CITY OF BURIEN

RECEIVED
DEC 30 1999
CITY OF LAKEWOOD

HAND DELIVERED

RECEIVED
DEC 27 1999
CITY MANAGER'S OFFICE

RECEIVED
DEC 23 1999
THE MAYOR'S OFFICE

RECEIVED
DEC 23 1999
Office of the Secretary of State

'07 DEC 12 PM 12:38 1536

DEC 23 1999
OFFICE OF THE GOVERNOR
City of Olympia
P.O. Box 1967
Olympia, WA 98507

CITY OF SEATTLE
MAYOR'S OFFICE
98 DEC 28 AM 8:50
RECEIVED

RECEIVED
DEC 1999

CITY OF BAINBRIDGE ISLAND
625 WINSLOW WAY EAST
BAINBRIDGE ISLAND, WA 98110
12/29/99



**U.S. Department of Housing and Urban Development**

Northwest/Alaska Area
Fair Housing Enforcement Center
909 First Avenue, Suite 205
Seattle, WA  98104-1000

November 28, 2007

Mr. Michael Fuller
427 20th Avenue
Seattle, Washington 98122

Dear Mr. Fuller:

Subject:  Inquiry #242932

The Office of Fair Housing and Equal Opportunity will not take further action on this matter.  We are unable to proceed because:

> Section 100.10 C (1) (i) (ii) of the regulations implementing the Fair Housing Act states: "an owner is exempt from the Fair Housing Act in the sale or rental of his/her home if the owner does not own or have any interest in more than three single family houses at any one time and if the house is rented without the use of a real estate broker or agent."  It has been determined that Mr. George Gloster is exempt under the Fair Housing Act.

This determination does not reflect a judgment on the merits of the allegations made.

You may commence a civil action under Section 813 of the Fair Housing Act in an appropriate Federal District Court not later than two years after the occurrence or termination of the alleged discriminatory housing practice.

<u>**Retaliation is a violation of Federal Law**</u>

**Retaliation is unlawful under Section 818 of the Act [42 U.S.C. 3617].  A complaint of retaliation may be filed with the Department.**

Should you have any questions regarding this closure, please contact the Intake Unit at (206) 220-5170.

Sincerely,

Carl J. Brown
Center Director
Region X

**RECEIVED**
DEC 1 1 2007
**HANIS GREANEY        , PLLC**
**ATTORNEYS AT LAW**

SEATTLE, WA
SUPERIOR COURT CLERK
KING COUNTY
2007 DEC 12 PM 2: 12
RECEIVED
07DEC12 PM12:38 1537

true—not merely the defendant's honest belief that the reason is true—not merely the defendant's honest belief that the non-discriminatory reason is offered as a justification of a discriminatory effect, then that reason must be of sufficient importance to outweigh the discriminatory effect. According to this commentator, the courts do not always observe this distinction.[24]

## 5. CRIMINAL PROSECUTIONS FOR INTIMIDATION

### § 14:207.  Overview of sanctions

The Fair Housing Amendments Act makes available to persons with handicaps the criminal sanctions that are provided in Title IX of the Civil Rights Act of 1968 to prevent intimidation, injury, and interference in fair housing cases. Thus, whoever, whether or not acting under color of law, by force or threat of force willfully injures, intimidates, or interferes with, or attempts to injure, intimidate, or interfere with any person because of the person's handicap, in connection with various housing transactions specified in the statute, will be fined not more than $1,000 or imprisoned not more than 1 year, or both, and, if bodily injury results, will be fined not more than $10,000 or imprisoned not more than 10 years, or both, and if death results, will be subject to imprisonment for any term of years or for life.[25]

Nowhere does the criminal sanctions provision mention that acts must be designed to force an individual to move; the provision requires merely that acts be precipitated by an individual's occupation of a particular house.[26] Interference or intimidation may be inferred from violent acts or threats, and there will be no need to show the subjective state of mind of the intended victim.[27]

**▌▌▌▌ Comment:** Pursuant to the authority of Title VIII of the Civil Rights Act of 1968 (42 USCS §§ 3601–3619), the Department of Housing and Urban Development has issued regulations which provide for public fair housing administrative meetings.[28] Witnesses at these meetings are protected from threats and intimidation by the provisions of 18 USCS § 1505 and 42 USCS § 3631, which provide for criminal penalties.[29]

### § 14:208.  Evidence

Other bad acts evidence is admissible, under Rule 404(b) of the Federal Rules of Evidence, to show proof of knowledge and motive, against codefendants charged with conspiracy to violate a family's housing rights and for aiding and abetting others in interfering with those rights pursuant to 42 USCS § 3631. Evidence of one defendant's prior arson of property, belonging to the family subject to the defendant's intimidation, showed that the other

**25.** Schwartz, Making And Meeting the Prima Facie Case Under the Fair Housing Act, 20 Akron L Rev 291 (1986).

**25.** 42 USCS § 3631.

**26.** United States v Wood (1986, CA11 Ga) 780 F2d 955, cert den 476 US 1184, 91 L Ed 2d 599, 106 S Ct 2920.

**27.** United States v Redwine (1983, CA7 Ind) 715 F2d 315, cert den 467 US 1216, 81 L Ed 2d 367, 104 S Ct 2661.

**28.** 24 CFR Part 106.

2007 DEC 12  PM 2: 12

RECEIVED
DEC 11 2007
HANIS GREANEY
ATTORNEYS AT LAW, PLLC


I TOLD GEORGE GLOSTER WON'T WHEN THE LANDLORD
I WILL HAVE ONE OF YOUR HOMES AND THAT I AM
DISABLE, THEN HE SAID I DON'T CARE THEN GRAB M
AND KNOCK ME AGAINST MY COMPUTOR I THEN STAT
WHAT OR YOU DOING GEORGE GLOSTER HE WAS GRITTI
HIS TEETH. THEN CONTINUE TO ASSAULT ME HURT MY LITTLE
FINGER RIGHT, THEN TWO MARKS ON MY RIGHT ARM
THEN I WENT TO HARBORVIEW TO GET TREATED TOOK
PICTURES OF THE ENGERY AT HABORVIEW HOSPITAL, ALSO
LET IT BE NOTED THAT I AISO TOOK PICTURES OF HIM,
WHEN HE RAN OUT OF MY HOME AFTER HE ASSAULT
ME AND GEORGE GEORGE GLOSTER WAS TRING TO
OVER HIS FACE WHILE RUNING DOWN MY STEPS
INFLICTION OF EMOTIONAL DISTRESS MENTAL ANGUISH
AMONG OTHER HARM AND DAMAGES, 1937 (42 USC, 1437 E.
SEC TITLE II OF THE CIVIL RIGHTS ACT OF 1964, 42 U.S.C. 200
FAIR HOUSING ACT (42 USC, 3601-19
I MICHAEL FULLER STATE THAT THE STATMEN
HERE IN IS TRUE AND CORRECT TO THE BEST
OF MY KNOWLEDGE AND BELEIVES

C/OSUE NIGA CERTIFICATION SPECIALIST

RECEIVED
DEC 11 2007
HANIS GREANEY , PLLC
ATTORNEYS AT LAW

SEATTLE, WA
SUPE~OR COURT
KING COUNT 07DEC12 PM 12:38 1539

2007 DEC 12 PH 4:13
RECEIVED

Michael Feuller
427 20th AVE
SEATTLE WA 98122

3/19/07 1:24 PM
(206) 424-2210

# PorchLight

Community services of the Seattle Housing Authority

907 NW Ballard Way, Suite 200 • Seattle, WA 98107
Phone: (206) 239-1500 • Fax: (206) 239-1770 • www.seattlehousing.org
TDD: 1 (800) 545-1833, ext. 589

November 19, 2007

George Gloster
PO Box 28866
Seattle, WA 98118

**RE:**   Michael Fuller
427 20th Ave
Seattle, WA 98122

Dear George:

I am writing in response to your letter dated September 25, 2007, in which you request to raise the rent for the above tenant to $795 to be effective December 1, 2007.

The Seattle Housing Authority (SHA) cannot approve any increase on a unit that has an outstanding failed Housing Quality Standards (HQS) inspection. On May 4, 2007, the unit above failed re-inspection. The Code of Federal Regulations Title 24 Section 982.519 (b) (4) states:

> [T]he rent to owner for a unit must not be increased at the annual anniversary date unless: … (ii) During the year before the annual anniversary date, the owner has complied with all requirements of the HAP contract, including compliance with the HQS.

Ordinarily, SHA does not approve rent increases for units that are in fail status; however, because there is clear documentation that you have attempted to work with this tenant and been unable to gain access to the unit to make repairs, have issued the tenant notice of his obligations and copied this office, and are currently working to evict this tenant, I have approved the increase to $795. If Mr. Fuller's tenancy continues past November 30, 2007, his rent will be $795 as of December 1, 2007.

We value your participation as a Section 8 landlord and look forward to continuing our relationship. I can be reached at (206) 239-1672 or mjung@seattlehousing.org.

Sincerely,

Mike Jung, Owner Liaison

Cc:   Participant
      file

RECEIVED
DEC 1 1 2007
HANIS GREANEY          , PLLC
ATTORNEYS AT LAW

RECEIVED
2007 DEC 12 PM 2: 13
KING COUNTY
SUPERIOR COURT CLERK
SEATTLE, WA

07 DEC 12 PM 12-33 15:40



**ADL HOME   REGIONAL OFFICES   ABOUT   CONTACT US   SEARCH**

## The Ku Klux Klan: Legacy of Hate

### Emergence of the UKA

#### The Ku Klux Klan and Resistance to School Desegregation

**The United Klans of America**

**Emergence of the UKA**

**The Decline of the UKA**

**Related ADL Articles:**

Church of the American Knights of the Ku Klux Klan

Stop Hate

 **E-Mail This Report**

 **Printable Version**

**Help ADL Fight Racism!**



**Contribute**

On May 17, 1954, the U.S. Supreme Court handed down its historic decision on school desegregation -- Brown v. Board of Education. The decision triggered a wave of resistance to school desegregation throughout the South that ultimately led to a resurgence of the Ku Klux Klan. In its initial stages, the resistance was headed by the "White Citizens Councils." The Councils were largely composed of respectable citizens in local power structures throughout the South. Their main weapon was economic pressure directed against local individuals and organizations perceived as supporters of desegregation or insufficiently vocal in opposing it.

The Councils achieved considerable power and influence in the second half of the 1950s, generating an array of publications and spawning affiliated organizations that lasted well into the 1960s. But by the end of the decade their resistance to court ordered desegregation had become a losing battle.

Paralleling the efforts of the Councils were new Klan leaders with new campaigns. The Klan had no use for the Councils' less militant methods, and sought to mobilize like-minded believers into a resurgent Ku Klux Klan.

By mid-1956, a marked rise in Klan activity was well underway – new Klan groups were drawing strength from the ferment in the South. They gained members from extremist elements among the White Citizens Councils themselves. These organizing efforts succeeded in mobilizing former Klansmen who had been inactive for years.

The strongest of the new groups consisted of klaverns linked under the banner of the U.S. Klans, Knights of the Ku Klux Klan, Inc. (generally referred to as the "U.S. Klans"). This group was subsequently chartered and incorporated in the State of Georgia. The leader of the new group was Eldon Lee Edwards, a paint sprayer employed in an Atlanta auto factory. He had quietly begun organizing in 1953, had stepped up his activities in the wake of the 1954 Supreme Court decision, and had incorporated his new organization on October 24,

RECEIVED

DEC 1 1 2007

HANIS GREANEY PLLC
ATTORNEYS AT LAW

2007 DEC 12 PM 2: 13
SEATTLE SUPERIOR COURT

RECEIVED

'07 DEC 12 PM 12:39 1591

1955.

By September 29, 1956, Edwards was able to stage one of the largest Klan rallies in years, drawing a crowd of approximately 3,000 to Stone Mountain, Georgia, the site from which the Second Klan had been launched in 1915. The crowd came in more than 1,000 cars painted with KKK emblems and bearing license plates from seven states – Georgia, Alabama, South Carolina, Virginia, Tennessee, Florida, and Louisiana.

At its peak in the late 1950s, Edwards' U.S. Klans had units in nine Southern states. However, the group was beset by internal feuding and challenges to the Edwards leadership. In addition, more than a score of smaller Klans emerged to compete with the Edwards organization.

Although the U.S. Klans remained the strongest of the Klan groups in the South during the second half of the 1950s, Edwards was never able to gain a dominant position, nor to unify the competing and fragmented Klan organizations.

### The New Klan Resurgence and Violence

In the early 1960s, the Klans functioned as a clandestine movement that spearheaded the resistance to a national trend toward equality for all Americans. Like their predecessors, the `60s Klans employed terrorism and a form of guerrilla race warfare to carry out their purposes. The Klans and their allies were responsible for a major portion of the assaults, killings, bombings, floggings, and other acts of racial intimidation that swept the South in the first years of the 1960s. The Klans provided the organizational framework and the emotional stimulus necessary to incite members and nonmembers alike to violence and terror.

The year 1960 was marked by a sharp increase in Klan activities and by the consolidation of some of the previously splintered groups in seven states. The Klan resurgence was spurred by the historic sit-in movement launched at Greensboro, North Carolina on February 2, 1960, by young Black civil rights activists. A few weeks later, on the weekend of February 27-28, 1960, representatives of splintered Klan groups from seven

RECEIVED
2007 DEC 12 PM 2: 14
KING COUNTY
SUPERIOR COURT CLERK
SEATTLE WA

07DEC12PM1239152

Southern states met at the Henry Grady Hotel in Atlanta and formed a "National Klan Committee" to coordinate their activities. The Klans represented there had long been opposed to Edwards' U.S. Klans; in fact, this opposition was the chief bond among them. The loose confederation of splinter Klans that emerged came to be known as the "National Knights of the Ku Klux Klan."

The National Knights made a show of strength on March 26, 1960, by a coordinated series of cross burnings. Newspapers in the South reported that more than 1,000 fiery crosses were seen that day throughout Alabama, Florida, Georgia, South Carolina, and other states.

### Klan Strength Increases in the 1960s

By the end of 1960, Klan strength had increased noticeably. Total Klan membership was estimated at anywhere from 35,000 to 50,000. Edwards' U.S. Klans, dominant for the previous six years, remained the strongest and most cohesive of the increasingly consolidated Klan movements, with an estimated 15,000 to 23,000 members.

The loose confederation of splinter Klans used the banner of the National Knights, under which each unit retained its autonomy. The central leadership operated on a rotating basis heading an estimated membership somewhat less than that of the U.S. Klans – possibly 10,000 to 15,000.

There were also a number of local groups in various parts of the South that were not affiliated with either the U.S. Klans or the National Knights. Most important of these was the Alabama Knights of the Ku Klux Klan, Inc., headed by Robert Shelton, who had been a leader of the Edwards Klan in Alabama until he was ousted by Edwards in the spring of 1960. By the end of 1960, Shelton had made rapid progress in absorbing local Klan klaverns, including many formerly affiliated with the U.S. Klans, and consolidating them into the Alabama Knights. The gains made by Shelton were further hastened by Edwards' death in August, 1960. Edwards was succeeded as Imperial Wizard of the U.S. Klans by Georgia Grand Dragon Robert L. "Wild Bill" Davidson, who declared at a Klan rally in November, 1960, that Klansmen would use buckshot if necessary to fight integration.

RECEIVED
2007 DEC 12 PM 2: 14
KING COUNTY
SUPERIOR COURT CLERK
SEATTLE, WA

'07DEC12PM12:39.1543

Davidson, however, was unable to control the internal feuding and battling that had followed Edwards' death. He and his successor as Georgia Grand Dragon, Calvin F Craig, resigned from the U.S. Klans and almost immediately formed a new Klan organization chartered by the Superior Court of Fulton County, Georgia, under the name of the "Invisible Empire, United Klans, Knights of the Ku Klux Klan of America, Inc." The new group came to be known as the United Klans of America, Knights of the Ku Klux Klan, Inc. (UKA).

### Robert Shelton Becomes a Dominant Figure in the Klan

Membership in the new UKA was immediately bolstered by a mass defection from the U.S. Klans within the state of Georgia. Whole klaverns around the state simply changed their designation from U.S. Klans to UKA. Davidson quit as Imperial Wizard in the spring of 1961; a few months later, at a meeting in Indian Springs, Georgia, on July 8, 1961, the UKA united with Shelton's Alabama Knights. Shelton emerged as the new Imperial Wizard of the UKA, with Calvin Craig as UKA Grand Dragon for Georgia.

From that point on, Shelton's UKA became the dominant group in the KKK resurgence of the 1960s. With headquarters in Tuscaloosa, Alabama, it had members and supporters in nine states by the middle of 1965. Estimates at the time indicated that the UKA could probably count on active membership and sympathetic support from 26,000 to 33,000 throughout the South. That support included Klans directly affiliated with the UKA and some semiautonomous groupings in Alabama, Georgia, the Carolinas, Tennessee, Florida, Louisiana, Texas, and Virginia.

**Next: Decline of the United Klans of America**

RECEIVED
2007 DEC 12 PM 2: 14
KING COUNTY
SUPERIOR COURT CLERK
SEATTLE WA

07DEC12PM12-39

ADL Home Page | Combating Hate Homepage
Search | About ADL | Contact ADL | Privacy Policy

© 2001 Anti-Defamation League

**Frederick Douglass:** # ON TERRORISM

# What, to the American Slave, Is Your Fourth of July?



Escaped slave from Louisiana, 1863.

CASE NO, C07-628-RSM

___ FILED        ___ ENTERED
___ LODGED       ___ RECEIVED

★  JUL 25 2007  ★

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                          DEPUTY

RECEIVED
DEC 11 2007
HANIS GREANEY
ATTORNEYS AT LAW, PLLC

"What to the American slave, is your Fourth of July?

"I answer: a day that reveals to him, more than all other days in the year, the gross injustice and cruelty to which he is the constant victim.

"To him, your celebration is a sham; your boasted liberty, an unholy license; your national greatness, swelling vanity; your sounds of rejoicing are empty and heartless; your denunciations of tyrants, brass fronted impudence; your shouts of liberty and equality, hollow mockery; your prayers and hymns, your sermons and thanksgivings, with all your religious parade, and solemnity, are, to him, mere bombast, fraud, deception, impiety, and hypocrisy—a thin veil to cover up crimes which would disgrace a nation of savages.

"There is not a nation on the earth guilty of practices more shocking and bloody than are the people of these United States, at this very hour.

"Go where you may, search where you will, roam through all the monarchies and despotisms of the Old World, travel through South America, search out every abuse, and when you have found the last, lay your facts by the side of the everyday practices of this nation, and you will say with me, that, for revolting barbarity and shameless hypocrisy, America reigns without a rival."

*Frederick Douglass, a former slave and a leader in the fight against slavery, 1852*

SEATTLE, WA
KING COUNTY
SUPERIOR COURT CLERK
07 DEC 12 PM 2:14
RECEIVED

CASE NO. C07-628-RSM

# Police chief exonerated officers in violent arrest

## OVERSIGHT LEADER HAD URGED PUNISHMENT

### Police chief defends decision by Kerlikowske

BY MIKE CARTER
AND CHRISTINE CLARRIDGE
*Seattle Times staff reporters*

A federal civil-rights lawsuit over the violent arrest of a young African-American man is drawing new attention to Seattle Police Chief Gil Kerlikowske and his record on police discipline.

Maikoiyo Alley-Barnes is suing the city, the chief and several officers, alleging po-

lice violated his civil rights during his arrest for allegedly obstructing justice, resisting arrest and assaulting a police officer outside a bar in 2005. The National Association for the Advancement of Colored People cited the case last week in calling for Kerlikowske's resignation.

Kerlikowske did not punish any of the officers involved in the incident, even though records show the civilian director

of the Office of Professional Accountability (OPA), which oversees internal police investigations, found two were guilty of excessive force and all three were guilty of serious breaches in conduct. She recommended discipline for all three.

Kerlikowske declined to comment on the Alley-Barnes case, Department Human Resource Manager Mark McCarty

Please see > ARREST, A11

## Arrest

**FROM A1**

### POLICE CHIEF EXONERATED OFFICERS IN VIOLENT ARREST



*The NAACP has called for Seattle Police Chief Gil Kerlikowske to resign.*



U.S. DISTRICT COURT FII

*This photo of Maikoiyo Alley-Barnes was taken at the hospital after his April 2005 arrest on Capitol Hill, in which Alley-Barnes says police violated his civil rights. He is suing in fed-*

RECEIVED
DEC 11 2007
HANIS GREANEY
ATTORNEYS AT LAW , PLLC

— FILED          — ENTERED
— LODGED         — RECEIVED

★ JUL 25 2007, ★

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY

KING COUNTY
OR COURT CLERK

RECEIVED
2007 DEC 12 PM 2:14

'07 DEC 12 PM 12:39 15:46

# NOTIFICATION OF TENANTS' RIGHTS AND OBLIGATIONS
## UNDER THE
## VIOLENCE AGAINST WOMEN ACT (VAWA)

Date:   February 1, 2007

To:    Housing Choice Voucher Program (Section 8) – assisted tenants

From:  Seattle Housing Authority

*Last year the Violence Against Women Act (known as "VAWA") became federal law. Portions of this law create protections for Section 8 recipients and public housing residents who are victims of domestic violence, dating violence and stalking.*

*The following is a summary of the main provisions of the new law.*

*Admissions*   Section 8 applicants who have been victims of domestic violence will not be denied assistance or admission, because of activity directly related to their domestic violence, dating violence or stalking experience.

*Lease terms*

1.  Incidents of actual or threatened domestic violence, dating violence or stalking will not be considered "serious or repeated" violations of the lease by the victim or threatened victim, and will not be cause for terminating the assistance or tenancy of the victim.

2.  Tenancy and assistance will not be terminated as a result of criminal activity engaged in by a member of the household or a guest that is directly related to domestic violence, dating violence or stalking, against the tenant or an immediate family member.

*Certification*.  If you have been a victim of domestic violence and want protection under VAWA, you will be required to certify in writing (that is, to swear to) the incident or incidents of domestic violence that call for VAWA protections. If you do not deliver this certification within fourteen (14) business days after you receive a request for the certification, you will lose your legal protections under VAWA.



*continued over*

SEATTLE, WA
SUPE. IOR COURT CLERK
KING COUNTY
2007 DEC 12 PM 2: 15
RECEIVED

RECEIVED
DEC 11 2007
HANIS GREANEY, PLLC
ATTORNEYS AT LAW

Notification of Tenants' Rights & Obligations under VAWA (S8) 0207

**RCW 59.18.060**
**Landlord -- Duties.**

RECEIVED
2007 DEC 12 PM 2: 15
KING CO...

The landlord will at all times during the tenancy keep the premises fit for human habitation, and shall in particular:

???? (1) Maintain the premises to substantially comply with any applicable code, statute, ordinance, or regulation governing their maintenance or operation, which the legislative body enacting the applicable code, statute, ordinance or regulation could enforce as to the premises rented if such condition substantially endangers or impairs the health or safety of the tenant;

???? (2) Maintain the roofs, floors, walls, chimneys, fireplaces, foundations, and all other structural components in reasonably good repair so as to be usable and capable of resisting any and all normal forces and loads to which they may be subjected;

???? (3) Keep any shared or common areas reasonably clean, sanitary, and safe from defects increasing the hazards of fire or accident;

???? (4) Provide a reasonable program for the control of infestation by insects, rodents, and other pests at the initiation of the tenancy and, except in the case of a single family residence, control infestation during tenancy except where such infestation is caused by the tenant;

???? (5) Except where the condition is attributable to normal wear and tear, make repairs and arrangements necessary to put and keep the premises in as good condition as it by law or rental agreement should have been, at the commencement of the tenancy;

???? (6) Provide reasonably adequate locks and furnish keys to the tenant;

???? (7) Maintain all electrical, plumbing, heating, and other facilities and appliances supplied by him in reasonably good working order;

???? (8) Maintain the dwelling unit in reasonably weathertight condition;

???? (9) Except in the case of a single family residence, provide and maintain appropriate receptacles in common areas for the removal of ashes, rubbish, and garbage, incidental to the occupancy and arrange for the reasonable and regular removal of such waste;

???? (10) Except where the building is not equipped for the purpose, provide facilities adequate to supply heat and water and hot water as reasonably required by the tenant;

???? (11)(a) Provide a written notice to all tenants disclosing fire safety and protection information. The landlord or his or her authorized agent must provide a written notice to the tenant that the dwelling unit is equipped with a smoke detection device as required in *RCW 48.48.140. The notice shall inform the tenant of the tenant's responsibility to maintain the smoke detection device in proper operating condition and of penalties for failure to comply with the provisions of *RCW 48.48.140(3). The notice must be signed by the landlord or the landlord's authorized agent and tenant with copies provided to both parties. Further, except with respect to a single-family residence, the written notice must also disclose the following:

???? (i) Whether the smoke detection device is hard-wired or battery operated;

???? (ii) Whether the building has a fire sprinkler system;

???? (iii) Whether the building has a fire alarm system;

RECEIVED

2007 DEC 12 PM 2: 15

KING COUNTY
SUPERIOR COURT CLERK
SEATTLE WA

???? (iv) Whether the building has a smoking policy, and what that policy is;

???? (v) Whether the building has an emergency notification plan for the occupants and, if so, provide a copy to the occupants;

???? (vi) Whether the building has an emergency relocation plan for the occupants and, if so, provide a copy to the occupants; and

???? (vii) Whether the building has an emergency evacuation plan for the occupants and, if so, provide a copy to the occupants.

???? (b) The information required under this subsection may be provided to a tenant in a multifamily residential building either as a written notice or as a checklist that discloses whether the building has fire safety and protection devices and systems. The checklist shall include a diagram showing the emergency evacuation routes for the occupants.

???? (c) The written notice or checklist must be provided to new tenants at the time the lease or rental agreement is signed, and must be provided to current tenants as soon as possible, but not later than January 1, 2004;

???? (12) Provide tenants with information provided or approved by the department of health about the health hazards associated with exposure to indoor mold. Information may be provided in written format individually to each tenant, or may be posted in a visible, public location at the dwelling unit property. The information must detail how tenants can control mold growth in their dwelling units to minimize the health risks associated with indoor mold. Landlords may obtain the information from the department's web site or, if requested by the landlord, the department must mail the information to the landlord in a printed format. When developing or changing the information, the department of health must include representatives of landlords in the development process. The information must be provided by the landlord to new tenants at the time the lease or rental agreement is signed, and must be provided to current tenants no later than January 1, 2006, or must be posted in a visible, public location at the dwelling unit property beginning July 24, 2005;

???? (13) The landlord and his or her agents and employees are immune from civil liability for failure to comply with subsection (12) of this section except where the landlord and his or her agents and employees knowingly and intentionally do not comply with subsection (12) of this section; and

???? (14) Designate to the tenant the name and address of the person who is the landlord by a statement on the rental agreement or by a notice conspicuously posted on the premises. The tenant shall be notified immediately of any changes by certified mail or by an updated posting. If the person designated in this section does not reside in the state where the premises are located, there shall also be designated a person who resides in the county who is authorized to act as an agent for the purposes of service of notices and process, and if no designation is made of a person to act as agent, then the person to whom rental payments are to be made shall be considered such agent;

???? No duty shall devolve upon the landlord to repair a defective condition under this section, nor shall any defense or remedy be available to the tenant under this chapter, where the defective condition complained of was caused by the conduct of such tenant, his family, invitee, or other person acting

under his control, or where a tenant unreasonably fails to allow the landlord access to the property for purposes of repair. When the duty imposed by subsection (1) of this section is incompatible with and greater than the duty imposed by any other provisions of this section, the landlord's duty shall be determined pursuant to subsection (1) of this section.

[2005 c 465 ? 2; 2002 c 259 ? 1; 1991 c 154 ? 2; 1973 1st ex.s. c 207 ? 6.]

**NOTES:**

*Reviser's note:* RCW 48.48.140 was recodified as RCW 43.44.110 pursuant to 2006 c 25 ? 13.

**Finding -- 2005 c 465:** "The legislature finds that residents of the state face preventable exposures to mold in their homes, apartments, and schools. Exposure to mold, and the toxins they produce, have been found to have adverse health effects, including loss of memory and impairment of the ability to think coherently and function in a job, and may cause fatigue, nausea, and headaches.

???? As steps can be taken by landlords and tenants to minimize exposure to indoor mold, and as the reduction of exposure to mold in buildings could reduce the rising number of mold-related claims submitted to insurance companies and increase the availability of coverage, the legislature supports providing tenants and landlords with information designed to minimize the public's exposure to mold." [2005 c 465 ? 1.]

'07 DEC 12 PM 12:40 1550

SEATTLE, WA
SUPERIOR COURT CLERK
KING COUNTY
2007 DEC 12 PM 2:16
RECEIVED

# YAHOO! MAIL

**RECEIVED**

MAY 1 8 2007

BY:

Print - Close Window

**Date:** Fri, 18 May 2007 04:25:08 -0700 (PDT)

**From:** "Michael B Fuller" <honorablemichaelbfuller@yahoo.com>

**Subject:** Re: Responding to your message

**To:** ima_wa07iq@mail.house.gov

I enjoyed recieving the email today. I am glad that you will stick to your guns. I recognize that you did what you could however I would appreciate your looking into the issue I have had at the federal court house with public servant who act as though they have authority to deny any person access to the courts. I thank in advance for your assistance in that matter and hope you can provide meaningful assistance in seeing to it that no guard or marshalls interfere with my access to the court.

*ima_wa07iq@mail.house.gov wrote:*

Dear The Honorable Fuller:

Thank you for your recent communication regarding impeachment. The actions of President Bush and Vice President Cheney have outraged many Americans, including myself. I am also infuriated by the poor judgment and ill-considered policies put forth by this Administration. And, by returning control of the House of Representatives to Democratic majorities, voters signal ed that they will no longer tolerate the one-party Republican rule that has shielded the President from any accountability whatsoever.

As you know, investigations are under way to examine disturbing Administration activities in many areas. These include not only the war in Iraq ; also under scrutiny are Bush Administration activities in the Justice Department, the General Services Administration, the student loan program, and others.

I will continue to pay close attention to these reviews and to the information they reveal. I will also continue to support efforts to curb and reverse the Administration's many damaging excesses.

I appreciate hearing from you.

Sincerely,

**M**

Jim
McDermott
Member
of Congress

P . S . - I have an e-mail newsletter available to anyone interested in updates on issues and events from the U.S. Congress or the Seattle area. To subscribe, visit my website at www.house.gov/mcdermott and click on "Newsletter Signup."

*Congressman Jim McDermott*
*1212 Tower Building*
*1809 7th Avenue*
*Seattle, WA 98101-1399*

Sincerely,
Jim McDermott
Member of Congress

P.S. - I have an e-mail newsletter for anyone who is interested in updates on issues and events from the U.S. Congress or Seattle Area. To subscribe, visit my website at www.house.gov/mcdermott and click on "Newsletter Signup."

Be a better Heartthrob. Get better relationship answers from someone who knows.
Yahoo! Answers - Check it out.

**RECEIVED**

DEC 1 1 2007

HANIS GREANEY , PLLC
ATTORNEYS AT LAW

CHEF OF THE COURT CLERK
KING COUNTY
2007 DEC 12 PM 2: 16
RECEIVED

*07DEC12PM12:40*1SS1



# HistoryLink.org

## The Online Encyclopedia of Washington State History

Search En[...]

Advanced S[...]

## Shortcuts

**Washington State History**

Search Encyclopedia
Cybertours
Slide Shows
Washington Milestones
Frequently Asked Questions
Washington Counties
Cities and Communities
Transportation
State Ferries
Forests
Rolls of Honor

**Seattle and King Co. History**

Seattle Neighborhoods
King County Milestones
King County Communities
Seattle Ten-Minute History
Seattle Thumbnails
Seattle City Light
The Seattle Public Library
King County First Citizens

**More History**

Tacoma
Spokane
Klondike Gold Rush Archive
Rose Red and Other Spooks
Baseball
Music and Musicians
1999-2000 WTO Protests
Biographies
People's Histories

**Features**

Subscribe to HistoryLink
Donate to HistoryLink
Order HistoryLink Books
Book of the Fortnight
Historical Bookshelf
Past/Forward Calendar
Archive of This Week Then

History link/HistoryLink
1426 4th Ave.
Suite 710

Timeline Library
< Browse to Previous Essay | Browse to Next Essay >

## Norm Rice unexpectedly enters race for Seattle Mayor on last day of filing, July 28, 1989.

HistoryLink.org Essay 4284
**Printer-Friendly Format**

On July 28, 1989, Seattle City Council member Norman B. Rice (b. 1943) files as a candidate for Seattle Mayor in the last 20 minutes of the last day on which he could register for the position. The announcement comes as a surprise since Rice, an African American, had previously declared that he would not run for the post. His statement, included in this file, declares that he was persuaded to run by the "terrible new ingredient" of the so-called SOS initiative, which withheld city funds for the Seattle School District so long as it used mandatory busing for integration, and by his disappointment with other candidates and their rhetoric. Norm Rice and City Attorney and SOS author Doug Jewett would survive the September 19 primary, and Rice won the general election on November 7, 1989, by a large majority. Ironically, the SOS initiative narrowly passed on the same ballot.



Norman B. Rice (b. 1943), 1995
*Courtesy The Daily: University of Washingto Newspaper*

Norm Rice was elected to the Seattle City Council in a 1978 special election to succeed Phyllis Lamphere, and was re-elected in 1979, 1983, and 1987, as the body's second African American member (after Sam Smith). Despite his popularity as a City Council member, he lost bids for mayor in 1985 and for Congress in 1988. (He would later lose the Democratic nomination for Governor to Gary Locke in 1996.)

## Conviction or Calculation?

Many observers regarded Rice as a strong contender in the 1989 mayoral election, but he steadfastly declined to enter the race. While some suspected that he had deliberately waited to the last minute to file, Rice explained that his mind was changed by the increasingly "shrill" debate over the "Save Our Schools" anti-busing initiative

Seattle, WA 98101
Tel. 206.447.8140
Fax. 206.447.8176
Admin@historylink.org

and other city issues, not by any political calculation. Many journalists and analysts credited his statement for defining Rice's candidacy and elevating his standing in a crowded primary field. The full text follows:

On May 9th of this year [1989], I told my supporters and the citizens of Seattle that I did not expect to stand for election as mayor of our city. At the time, I expressed the hope and confidence that the announced candidates would offer leadership to help heal the divisions in our community and to help guide the city into the next decade.

I challenged the candidates for mayor to articulate a new vision. Like every Seattle citizen, I looked for concrete ideas...

- Addressing the needs of children seeking quality of education and equal opportunity;
- Addressing the needs of the poor seeking shelter, nourishment, health care, and dignity;
- Addressing the needs of citizens seeking to rid their streets, parks and schoolyards of crime and drugs;
- Addressing the needs of business and working people seeing a renewed partnership for economic progress;
- Addressing the needs of neighborhoods seeking stability and sensitive, predictable growth;
- And addressing the needs of Seattle and Puget Sound citizens seeking to preserve our region's natural beauty and unique quality of life as a legacy for the generations to come.

Above all, I listened for the words that would soothe the divisions among us, that would lift our civic spirits, and would bind our urban

RECEIVED
2007 DEC 12 PM 2: 16
KING COUNTY
SUPERIOR COURT CLERK
SEATTLE WA

'07 DEC 12 PM 12:40 15S3

family closer.

You and I have not heard those words. The needs of our community have not been addressed. The aspirations of our community have not bee given the full, clear voice they deserve.

Rather than words of vision, we have all heard new, shrill voices of division — setting community against community, neighborhood against neighborhood, institution against institution, and most alarming of all, race against race.

In the time since I declined to offer myself as a candidate for mayor, a terrible new ingredient has been added: the so-called SOS initiative to segregate our schools. While I applaud those candidates who have stood up against this initiative, you must know that I cannot stand on the sidelines. I must join this battle with all of my soul and resources, and I believe the election of Seattle's next mayor offers the best and most powerful arena for pressing the battle against division and for unity.

I have come to this decision with great trepidation, and only after the most persistent urging of friends and supporters. I have come to this decision in only the last few hours and without the benefit of polls, paid consultants or a bulging campaign treasury. I have come to this decision mindful of the burden it places on my family and contrary to all of the conventional political wisdom that dictates months of political calculation. But I have come to this decision irrevocably and unequivocally.

Therefore today, July 28, 1989, I declare my candidacy for mayor of Seattle. Thank you.

Although some still questioned whether the late announcement was planned, Rice advisers including Robert Gogerty, Charles Rolland,

RECEIVED
2007 DEC 12 PM 2: 17
KING COUNTY
SUPERIOR COURT CLERK
SEATTLE. WA

07 DEC 12 PM 12:40 1354

Case 2:07-cv-00628-RSM   Document 36   Filed 12/13/07   Page 73 of 112

Robert Watt, and Walt Crowley confirmed that they were not informed of Rice's decision until 24 hours before the filing deadline.

*Sources:*

Angela Bruscas and Neil Modie, "A Surprise: Rice Joins Mayor's Race," *Seattle Post-Intelligencer*, July 29, 1989, p. Modie, "Rice Defeats Jewett Handily," *Seattle Post-Intelligencer*, November 8, 1989, p. A-1; Author's archives.

By Walt Crowley, N

**More information:** < Browse to Previous Essay | Browse to Next Essay > | Search |
**Related Topics:** Government & Politics | Education | Ethnic Communities |

Major Support for HistoryLink.org Provided By: The State of Washington | Patsy Bullitt Collins | Paul G. Allen Family Foundation | Museu & Industry | 4Culture (King County Lodging Tax Revenue) | City of Seattle | City of Bellevue | City of Tacoma | King County | The Peach Microsoft Corporation, Other Public and Private Sponsors and Visitors Like You.

Home | About Us | Fun & Travel | Study Aids | More Links | Contact Us |

Copyright 2006 History Ink. All rights reserved. HistoryLink.org is a registered U.S. Trademark of History Ink.

SEATTLE, WA
SUPERIOR COURT CLERK
KING COUNTY

2007 DEC 12 PM 2: 17

RECEIVED

07DEC12PM12:40 1555

# ALTON IN THE CIVIL WAR

- **INTRODUCTION**

- **TIME LINE/CONTENTS**

- **CREDITS**

- **LINKS**

- **INFORMATION FORM**

- **HOME**



RECEIVED
2007 DEC 12 PM 2: 17
KING COUNTY
SUPERIOR COURT CLERK
SEATTLE WA

## Introduction

> It has been said that,
> "...the first armed skirmish of the Civil War.."
> occurred in Alton, Illinois.

This event, in November, 1837, was the murder of the outspoken newspaper publisher and abolitionist Elijah Parish Lovejoy by a pro-slavery mob. The murder inflamed northern passions and so polarized northern opinion that future compromise on the issue of slavery became impossible. Nearly thirty years later the words of the thirteenth amendment to the Constitution which abolished slavery were penned by a resident of Alton. A scant few years after emancipation that the first Memorial Day celebration in the United States was held in Alton; the current celebration, beginning in 1868, is the oldest consecutive Memorial Day Parade in the United States.

Alton's heritage is so deep that had the City been south of the Mason-Dixon line it might well be venerated much as communities in the south are to this day. Situated as it is in west-central Illinois, this heritage has become a quiet part of the fabric of a bustling Mississippi River community. From the remains of a prison that housed Confederate soldiers and sympathizers, to buildings housing stops on the underground railroad, Alton has a Civil War heritage that is unmatched by any community north of the Mason-Dixon line.

This page of the Altonweb is the basis for a continuing exploration of a period of nearly thirty five years extending from the Lovejoy murder to the first Memorial Day celebration in the United States. The time line presented sketches in broad strokes that period of time and forms a frame, which in time, will be clothed in the richness of our unique heritage.

07DEC12PM12:401SS6

# Time Line and Site Contents
### (under construction)

- ILLINOIS IN THE CIVIL WAR
- 1837 - THE FIRST PRISON IN ILLINOIS
- **1837 - ELIJAH P. LOVEJOY**
- **1830's to 1860 - THE UNDERGROUND RAILROAD**
- 1840's to 1860"s - ENCAMPMENT AT ROCK SPRINGS - "PIE TOWN"
- 1851 - Drill, Fellowship & War - The Alton Jaeger Company
- **1858 - THE LAST LINCOLN/DOUGLAS DEBATE**
- 1861 - FIRST CALL OF THE PRESIDENT
- **1861 - EMPTYING THE ST. LOUIS ARSENAL**
- 1861 - THE PRISON RE-OPENS
- 1830's to 1870's - HISTORIC CIVIL WAR BUILDINGS - ALTON IN THE WAR YEARS
- 1863 - PLAGUE
- 1865 - EMANCIPATION
- 1865 to 1870 - PEACE AND REMEMBRANCE
- 1872 to PRESENT - THE PRISON AND THE PARKING LOT
- FEDERAL TROOPS FROM MADISON COUNTY, ILLINOIS
- FEDERAL SOLDIERS BURIED AT THE NATIONAL CEMETERY
- **CONFEDERATE PRISON AND LIST OF CONFEDERATE SOLDIERS**
- THE ALTON MUNICIPAL CEMETERY (BY NAME, STATE, AND UNIT)

### *Links to other Civil War sites and archives*

RECEIVED
2007 DEC 12 PM 2: 17
KING COUNTY
SUPERIOR COURT CLERK
SEATTLE WA

# Credits and Contact Information

For comments or questions regarding Civil War History in Alton, please use our **Information Request Form.**

Alton Museum of History and Art
Alton Historical Society
Don J. Huber - Alton Township/Historian - E-Mail
altontwp@ezl.com
Alan McHugh - WebMaster -
    webmaster321@altonweb.com

'07 DEC 12 PM 12:40 1557

when you PRINT IT
'N THE monitor
would you Please
send me A copy of
THE monITOR. I AM
'et THE WORLD know
ABOUT The RACISM
HERE IN SEATTLE
E WOULD ALSO keep
me UPDATE WHATS
going on in my Home
TOWN



RECEIVED
2007 DEC 12  PM 2:17
KING COUNTY
SUPERIOR COURT CLERK
SEATTLE, WA

'07 DEC 12 PM 12:40 3553





**U.S. Department of Justice**

Civil Rights Division

_____

Disability Rights Section - NYA
950 Pennsylvania Avenue N.W.
Washington, DC 20530

202-82-0

Ms. Lynn Grosso                                    NOV 2 8 2007
Director of Enforcement
Office of Enforcement
Department of Housing and
    Urban Development
451 7th Street, S.W., Room 5226
Washington, D.C.  20410

FILED ___        ___ ENTERED
LODGED                 RECEIVED

DEC 1 3 2007   LK

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                              DEPUTY

        Re:  Correspondence of Michael B. Fuller, Seattle, WA.
        Date Received by DOJ:    November 7, 2007
        DJ Number:               202-82-0

Dear Ms. Grosso:

    I am referring this correspondence to you for appropriate
disposition.  We have determined that the matter is not within the
jurisdiction of our office, but may come under the Fair Housing
Amendments Act of 1988 and fall within the jurisdiction of your
agency.

    We are sending the complainant a copy of this letter so he/she
will know how to contact you.

    Thank you for your assistance in this matter.

                        Sincerely,

                        Robin C. Deykes
                Civil Rights Program Specialist
                   Disability Rights Section
                     Civil Rights Division

Enclosures

280291

cc:
Michael B. Fuller
427 20th Avenue
Seattle, WA.  98122

RECEIVED
DEC 1 1 2007
HANIS GREANEY
ATTORNEYS AT LAW   PLLC

## PorchLight

*Community services of the Seattle Housing Authority*

907 NW Ballard Way, Suite 200 · Seattle, WA 98107
Phone: (206) 239-1500 · Fax: (206) 239-1770 · www.seattlehousing.org
TDD: 1 (800) 545-1833, ext. 589

November 19, 2007

George Gloster
PO Box 28866
Seattle, WA 98118

**FILED** **ENTERED**
**LODGED** **RECEIVED**

DEC 1 3 2007    LK

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

RE:   Michael Fuller
427 20th Ave
Seattle, WA 98122

Dear George:

I am writing in response to your letter dated September 25, 2007, in which you request to raise the rent for the above tenant to $795 to be effective December 1, 2007.

The Seattle Housing Authority (SHA) cannot approve any increase on a unit that has an outstanding failed Housing Quality Standards (HQS) inspection. On May 4, 2007, the unit above failed re-inspection. The Code of Federal Regulations Title 24 Section 982.519 (b) (4) states:

> [T]he rent to owner for a unit must not be increased at the annual anniversary date unless: ... (ii) During the year before the annual anniversary date, the owner has complied with all requirements of the HAP contract, including compliance with the HQS.

Ordinarily, SHA does not approve rent increases for units that are in fail status; however, because there is clear documentation that you have attempted to work with this tenant and been unable to gain access to the unit to make repairs, have issued the tenant notice of his obligations and copied this office, and are currently working to evict this tenant, I have approved the increase to $795. If Mr. Fuller's tenancy continues past November 30, 2007, his rent will be $795 as of December 1, 2007.

We value your participation as a Section 8 landlord and look forward to continuing our relationship. I can be reached at (206) 239-1672 or mjung@seattlehousing.org.

Sincerely,

Mike Jung, Owner Liaison

Cc:     Participant
        file

RECEIVED

DEC 1 1 2007

HANIS GREANEY
ATTORNEYS AT LAW, PLLC

PLEASE READ REVERSE SIDE
MINNEAPOLIS, MN 55480
www.moneygram.com
DATE/AMOUNT

RECEIPT
RECIBO

564...7444   08/29/07
161   $115.00
9348...76107   29

56452477444

EMPLOYEE
777 (9/06) 700/14000
M 89901-N

▼ DETACH HERE ▼



George B. Gloster
PO Box 28860
Seattle, WA 98118

March 13, 2007

Mary Armstrong, Certification Supervisor
Seattle Housing Authority-Porch Light
907 NW Ballard Way
Suite 200
Seattle, WA 98107

Dear Ms. ~~Amy~~ *Mary Armstrong*

I am requesting that the rental contract agreement that I have with you for Mr. Michael B. Fuller is terminated. I am making this request because Mr. Fuller has continued to not cooperate with me in my attempt to enter my property located at 427-20th Avenue, Seattle, WA 98122.

Mr. Fuller's lack of cooperation has prevented me from making the necessary repairs to correct the deficiencies that were cited in the failed inspection report. I have made numerous attempts to make arrangement to enter the property to do the repairs, but each attempt has been met with resistance from Mr. Fuller. As I have reported before, he has changed the locks and has refused to give me a copy of the keys. In fact he changed the locks without getting permission from me which is a violation of the rental contract. That alone is sufficient reason to terminate the rental contract.

You should direct Mr. Fuller to find another residence or notify him that his rental agreement with me has been terminated.

I am requesting your cooperation and immediate attention to this matter. Please notify me in writing with regard to the action you have taken. Should you need to talk with me you may do so by calling me at 206-579-5401.

Sincerely,

George B. Gloster
Cc: Michael B. Fuller
Cc: Ms. Sue Nigg, Certification Specialist

RECEIVED
DEC 11 2007
HANIS GREANEY PLLC
ATTORNEYS AT LAW



**U.S. Department of Housing and Urban Development**

Northwest/Alaska Area
Fair Housing Enforcement Center
909 First Avenue, Suite 205
Seattle, WA 98104-1000

November 28, 2007

FILED
LODGED        ENTERED
              RECEIVED

DEC 1 3 2007    LK

CLERK AT SEATTLE
WESTERN DISTRICT OF WASHINGTON
U.S. DISTRICT COURT
DEPUTY

Mr. Michael Fuller
427 20th Avenue
Seattle, Washington 98122

Dear Mr. Fuller:

Subject: Inquiry #242932

The Office of Fair Housing and Equal Opportunity will not take further action on this matter. We are unable to proceed because:

> Section 100.10 C (1) (i) (ii) of the regulations implementing the Fair Housing Act states: "an owner is exempt from the Fair Housing Act in the sale or rental of his/her home if the owner does not own or have any interest in more than three single family houses at any one time and if the house is rented without the use of a real estate broker or agent." It has been determined that Mr. George Gloster is exempt under the Fair Housing Act.

This determination does not reflect a judgment on the merits of the allegations made.

You may commence a civil action under Section 813 of the Fair Housing Act in an appropriate Federal District Court not later than two years after the occurrence or termination of the alleged discriminatory housing practice.

### Retaliation is a violation of Federal Law

**Retaliation is unlawful under Section 818 of the Act [42 U.S.C. 3617]. A complaint of retaliation may be filed with the Department.**

Should you have any questions regarding this closure, please contact the Intake Unit at (206) 220-5170.

Sincerely,

Carl J. Brown
Center Director
Region X

RECEIVED
DEC 1 1 2007
HANIS GREANEY
ATTORNEYS AT LAW PLLC

true—not merely the defendant's honest belief—that the nondiscriminatory interest is promoted by the defendant's actions; and (3) if the nondiscriminatory reason is offered as a justification of a discriminatory effect, then that reason must be of sufficient importance to outweigh the discriminatory effect. According to this commentator, the courts do not always observe this distinction.[24]

## 5. CRIMINAL PROSECUTIONS FOR INTIMIDATION

### § 14:207.  Overview of sanctions

The Fair Housing Amendments Act makes available to persons with handicaps the criminal sanctions that are provided in Title IX of the Civil Rights Act of 1968 to prevent intimidation, injury, and interference in fair housing cases. Thus, whoever, whether or not acting under color of law, by force or threat of force willfully injures, intimidates, or interferes with, or attempts to injure, intimidate, or interfere with any person because of the person's handicap, in connection with various housing transactions specified in the statute, will be fined not more than $1,000 or imprisoned not more than 1 year, or both, and, if bodily injury results, will be fined not more than $10,000 or imprisoned not more than 10 years, or both, and if death results, will be subject to imprisonment for any term of years or for life.[25]

Nowhere does the criminal sanctions provision mention that acts must be designed to force an individual to move; the provision requires merely that acts be precipitated by an individual's occupation of a particular house.[26] Interference or intimidation may be inferred from violent acts or threats, and there will be no need to show the subjective state of mind of the intended victim.[27]

**▌▌▌▌ Comment:** Pursuant to the authority of Title VIII of the Civil Rights Act of 1968 (42 USCS §§ 3601–3619), the Department of Housing and Urban Development has issued regulations which provide for public fair housing administrative meetings.[28] Witnesses at these meetings are protected from threats and intimidation by the provisions of 18 USCS § 1505 and 42 USCS § 3631, which provide for criminal penalties.[29]

### § 14:208.  Evidence

Other bad acts evidence is admissible, under Rule 404(b) of the Federal Rules of Evidence, to show proof of knowledge and motive, against codefendants charged with conspiracy to violate a family's housing rights and for aiding and abetting others in interfering with those rights pursuant to 42 USCS § 3631. Evidence of one defendant's prior arson of property belonging to the family subject to the defendant's intimidation, showed that the other

---

**24.** Schwartz. Making And Meeting the Prima Facie Case Under the Fair Housing Act. 20 Akron L Rev 291 (1986).

**25.** 42 USCS § 3631.

**26.** United States v Wood (1986, CA11 Ga) 780 F2d 955, cert den 476 US 1184, 91 L Ed 2d 549, 106 S Ct 2920.

**27.** United States v Redwine (1983, CA7 Ind) 715 F2d 315, cert den 467 US 1216, 81 L Ed 2d 367, 104 S Ct 2661.

**28.** 24 CFR Part 106.

RECEIVED
DEC 1 1 2007
HANIS GREANEY
ATTORNEYS    , PLLC

# YAHOO! MAIL

RECEIVED

MAY 1 8 2007

BY:

Print - Close Window

**Date:** Fri, 18 May 2007 04:25:08 -0700 (PDT)

**From:** "Michael B Fuller" <honorablemichaelbfuller@yahoo.com>

**Subject:** Re: Responding to your message

**To:** ima_wa07iq@mail.house.gov

I enjoyed recieving the email today. I am glad that you will stick to your guns. I recognize that you did what you could however I would appreciate your looking into the issue I have had at the federal court house with public servant who act as though they have authority to deny any person access to the courts. I thank in advance for your assistance in that matter and hope you can provide meaningful assistance in seeing to it that no guard or marshalls interfere with my access to the court.

***ima_wa07iq@mail.house.gov* wrote:**

Dear The Honorable Fuller:

Thank you for your recent communication regarding impeachment. The actions of President Bush and Vice President Cheney have outraged many Americans, including myself. I am also infuriated by the poor judgment and ill-considered policies put forth by this Administration. And, by returning control of the House of Representatives to Democratic majorities, voters signal ed that they will no longer tolerate the one-party Republican rule that has shielded the President from any accountability whatsoever. As you know, investigations are under way to examine disturbing Administration activities in many areas. These include not only the war in Iraq ; also under scrutiny are Bush Administration activities in the Justice Department, the General Services Administration, the student loan program, and others. I will continue to pay close attention to these reviews and to the information they reveal. I will also continue to support efforts to curb and reverse the Administration's many damaging excesses.
I appreciate hearing from you.

Congressman Jim McDermott
1212 Tower Building
1809 7th Avenue
Seattle, WA 98101-1399

Sincerely,

**M**

Jim
McDermott
Member
of Congress

P . S . - I have an e-mail newsletter available to anyone interested in updates on issues and events from the U.S. Congress or the Seattle area. To subscribe, visit my website at www.house.gov/mcdermott and click on "Newsletter Signup."

Sincerely,
Jim McDermott
Member of Congress

P.S. - I have an e-mail newsletter for anyone who is interested in updates on issues and events from the U.S. Congress or Seattle Area. To subscribe, visit my website at www.house.gov/mcdermott and click on "Newsletter Signup."

Be a better Heartthrob. Get better relationship answers from someone who knows. Yahoo! Answers - Check it out.



RECEIVED

DEC 1 1 2007

HANIS GREANEY
ATTORNEYS AT LAW, PLLC

I TOLD GEORGE GIOSTER JON YOU HIT ME BECAUSE
I WILL HAVE ONE OF YOUR HOMES AND THAT I AM
DISABLE, THEN HE SAID I DON'T CARE THEN GRAB ME
AND KNOCK ME AGAINST MY COMPUTOR I THEN STATED
WHAT OR YOU DOING GEORGE GIOSTER HE WAS GRITTING
HIS TEETH. THEN CONTINUE TO ASSAULT ME HURT MY LITTLE
FINGER RIGHT, THEN TWO MARKS ON MY RIGHT ARM
THEN I WENT TO HARBORVIEW TO GET TREATED TOOK
PICTURES OF THE ENGERY AT HABORVIEW HOSPITAL. ALSO
LET IT BE NOTED. THAT I ALSO TOOK PICTURES OF HIM
WHEN HE RAN OUT OF MY HOME AFTER HE ASSAULTE
ME AND GEORGE GEORGE GIOSTER WAS TRINO TO
COVER HIS FACE WHILE RUNING DOWN MY STEPS

INFLICTION OF EMOTIONAL DISTRESS MENTAL ANGUISH
AMONG OTHER HARM AND DAMAGES, 1937 (42 USC, 1437 ET.
SEC TITLE VI OF THE CIVIL RIGHTS ACT OF 1964, 42 USC, 2000d
FAIR HOUSING ACT (42 USC, 3601-19
    I MICHAEL FUllER STATE THAT THE STATMENTS
HERE IN IS TRUE AND CORRECT TO THE BEST
OF MY KNOWLEDGE AND BELEIVES

        C/O SUE NGG, CERTIFICATION SPECIALIST

RECEIVED
DEC 11 2007
HANIS GREANEY , PLLC
ATTORNEYS AT LAW

Honorable Michael Feiller

3/19/07      1:24 PM

(206) 424-2210

427 20 AVE
SEATTLE WA 98122

I TOLD GEORGE GLOSTER DON'T HIT YOU HIT ME BECAUSE I WILL HAVE ONE OF YOUR HOMES AND THAT I AM DISABLE, THEN HE SAID I DON'T CARE THEN GRAB ME AND KNOCK ME AGAINST MY COMPUTOR I THEN STATE WHAT OR YOU DOING GEORGE GLOSTER HE WAS GRITTIN HIS TEETH, THEN CONTINUE TO ASSAULT ME HURT MY LITTLE FINGER RIGHT, THEN TWO MARKS ON MY RIGHT ARM THEN I WENT TO HARBORVIEW TO GET TREATED TOOK PICTURES OF THE ENGERY AT HABORVIEW HOSPITAL, ALSO LET IT BE NOTED THAT I ALSO TOOK PICTURES OF HIM WHEN HE RAN OUT OF MY HOME AFTER HE ASSAULTE ME AND GEORGE GEORGE GLOSTER WAS TRING TO COVER HIS FACE WHILE RUNING DOWN MY STEPS

INFLICTION OF EMOTIONAL DISTRESS MENTAL ANGUISH AMONG OTHER HARM AND DAMAGES 1937 (42 U.S.C. 1437 ET. SEC TITLE VI OF THE CIVIL RIGHTS ACT OF 1964, 42 U.S.C. 2000. FAIR HOUSING ACT (42 U.S.C. 3601-19

I MICHAEL FULLER STATE THAT THE STATMENTS HERE IN IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELEIVES

C/O SUE NIGG, CERTIFICATION SPECIALIST

RECEIVED

DEC 11 2007

HANIS GREANEY PLLC
ATTORNEYS AT LAW

Honorable Michael Fuller
427 20th AVE
SEATTLE WA 98122
3/19/07     1:24 PM
(206) 424-2210

ON OR ABOUT 3/15/07 AS I RETURN TO MY PLACE OF
RESIDENTCY. I NOTICES THAT THERE WAS PAPER IN
MY DOOR. AND WHILE VIEWING IT, IT HAPPEN TO BE
FROM <u>GEORGE GLOSTER</u>, OWNER OF SAID APARTMENT.
I HAD PROBLEMS UNDERSTANDING THE HANDWRITTEN DOCU-
MENT. BUT I NOTICE THAT IT OR HE STATED THAT, HE AND
MR. ED WOULD BE AT MY PLACE AT 10:00AM TO MAKE NES-
ARY REPAIRS, THAT NEEDED TO BE DONE. AFTER 2YRS OF
WAITING. I HONORABLE MICHAEL FULLER DID INFACT GAVE
MY REBUTTAL. I CALL GEORGE GLOSTER & MR. ED AND LEFT
MESSAGE ON THERE ANSWERING SERVICE, THAT I HAD TO BE
AT CHURCH AT THAT TIME, AND THAT I WOULD BE HOME
AROUND 2:00PM WHICH IN FACT I WAS HOME. NO ONE CAME
THEN THE FOLLOWING DAY NO ONE CAME. BECAUSE I AM
SICK AND STILL TO THIS DATE. THE NUMBER I CALLED
WAS MR. ED (206) 890-4775, GEORGE GLOSTER (206)579-
5401. THEN I RECEIVE A LETTER ON 3/17/07 IN MY MAIL
FROM <u>GEORGE GLOSTER</u> DATE 3/13/07 MY FURTHER REBUTTAL
TO THIS LETTER I'VE RECEIVED. THIS IS PURE <u>FABRICATING,</u>
<u>PREVARICATING</u> LEX TALINOIS IN PERNIENT PARTS (<u>RETALIATION</u>)
<u>ADDING ABETTING. VIOLATION OF 1990-91 A.D.A. ACT, FIDUCARY</u>
<u>CONFIDENTIAL RELATIONSHIP, LANDLORD TENTANTS RIGHTS</u>
MOREOVER I'VE TRIED TO WORK WITH <u>GEORGE GLOSTER</u>
BECAUSE I DIDN'T WANT TO BE HOMELESS AGAIN, BUT
All THOUGH HE LET THE COMMUNITY KNOW AND THAT I AM
ON SECTION 8 WHICH I'VE TOLD <u>GEORGE GLOSTER</u> THAT I
OBJECT TO THESE UNLAWFUL ACT, UNETHICAL PRACTICES
THAT HAVE BEEN USE THROUGH THE YEAR, LAST BUT MORE SO
HE ASSAULTED ME AFTER I GOT OUT THE HOSPITAL BECAUSE
THE S.P.D. KICK MY DOOR IN. <u>GEORGE GLOSTER</u> DID NOT GO ASSAULT
THE POLICE WHO DID IT. AS I FURTHER INVESTIGATED THAT <u>GEORGE</u>
<u>GLOSTER</u>, KNEW THAT THE <u>POLICE</u> KICK THE DOOR IN. SO
WHILE I WAS IN THE HOSPITAL HE KNEW All ALONG

George B. Gloster
P.O. Box 28866
Seattle, WA 98118

March 13, 2007

Mary Armstrong, Certification Supervisor
Seattle Housing Authority-Porch Light
907 NW Ballard Way
Suite 200
Seattle, WA 98107

Dear Ms. ~~Mary~~ *Mary Arstrong*

I am requesting that the rental contract agreement that I have with you for Mr. Michael B. Fuller is terminated. I am making this request because Mr. Fuller has continued to not cooperate with me in my attempt to enter my property located at 427-20th Avenue, Seattle, WA 98122.

Mr. Fuller's lack of cooperation has prevented me from making the necessary repairs to correct the deficiencies that were cited in the failed inspection report. I have made numerous attempts to make arrangement to enter the property to do the repairs, but each attempt has been met with resistance from Mr. Fuller. As I have reported before, he has changed the locks and has refused to give me a copy of the keys. In fact he changed the locks without getting permission from me which is a violation of the rental contract. That alone is sufficient reason to terminate the rental contract.

You should direct Mr. Fuller to find another residence or notify him that his rental agreement with me has been terminated.

I am requesting your cooperation and immediate attention to this matter. Please notify me in writing with regard to the action you have taken. Should you need to talk with me you may do so by calling me at 206-579-5401.

Sincerely,

George B. Gloster
Cc: Michael B. Fuller
Cc: Ms. Sue Nigg, Certification Specialist

RECEIVED
DEC 11 2007
HANIS GREANEY
ATTORNEYS AT LAW, PLLC

ON OR ABOUT 3/5/07 AS I RETURN TO MY PLACE OF
RESIDENCY. I NOTICES THAT THERE WAS PAPER IN
MY DOOR. AND WHILE VIEWING IT, IT HAPPEN TO BE
FROM GEORGE GLOSTER, OWNER OF SAID APARTMENT.
I HAD PROBLEMS UNDERSTANDING THE HANDWRITTEN DOCU-
MENT. BUT I NOTICE THAT IT OR HE STATED THAT HE AND
MR. ED WOULD BE AT MY PLACE AT 10:00AM TO MAKE NESS
ARY REPAIRS, THAT NEEDED TO BE DONE, AFTER 2YRS OF
WAITING. I HONORABLE MICHAEL FULLER DID INFACT GAVE
MY REBUTTAL. I CALL GEORGE GLOSTER & MR. ED AND LEFT
MESSAGE ON THER ANSWERING SERVICE THAT I HAD TO BE
AT CHURCH AT THAT TIME, AND THAT I WOULD BE HOME
AROUND 2:00PM WHICH IN FACT I WAS HOME, NO ONE CAME
THEN THE FOLLOWING DAY NO ONE CAME. BECAUSE IAM
SICK AND STILL TO THIS DATE. THE NUMBER I CALLED
WAS MR. ED (206) 890-4775, GEORGE GLOSTER (206)579-
5401. THEN I RECEIVE A LETTER ON 3/17/07 IN MY MAIL,
FROM GEORGE GLOSTER DATE 3/13/07 MY FURTHER REBUTTAL
TO THIS LETTER I'VE RECEIVED. THE IS PURE FABRICATING,
PREVARICATING LEX TALINOIS IN PERNIENT PARTS (RETALIATION)
ADDING ABETTING. VIOLATTOW OF 1990-91 A.D.A. ACT, FIDOUCARY
CONFIDENTIAL RELATIONSHIP, LANDLORD TENTANTS RIGHTS
NOREOVER I'VE TRIED TO WORK WITH GEORGE GLOSTER
BECAUSE I DIDNT WANT TO BE HOMELESS AGAIN, OTH
9/11 THOUGH HE LET THE COMMUNITY KNOW AND THAT IAM
ON SECTION 8 WHICH I'VE TOLD GEORGE GLOSTER THAT I
OBJECT TO THESE UNLAWFUL ACT, UNETHECAL PRACTICES
THAT HAVE BEEN USE THROUGH THE YEAR, LAST BUT MORE SO
HE ASSAULTED ME AFTER I GOT OUT THE HOSPITAL BECAUSE
HE S.P.D. KICK MY DOOR IN. GEORGE GLOSTER DID NOT GO ASSAULT
THE POLICE WHO DID IT. AS I FURTHER INVESTIGATED THAT GEORGE
GLOSTER, KNEW THAT THE POLICE KICK THE DOOR IN. SO
WHILE I WAS IN THE HOSPITAL HE KNEW ALL ALONG

as I came in the hospital last night. I notice that there was a note on my door. Hon George Gloster that you would be at my home on 1/23/07 at 9:30AM also let it be noted. That I waited and no response. To the note that you left on my door. Moreover I've complain over 2 or 3 year about the repairs in my home. And you still have chose not to respond. Also let it be noted this is Federal laws and not state laws

moreover this is also Fiduciary confidential relationship with your unlawful conduct under landlord tentant right laws

Hon. Michael Fuller

1/23/07    10:10AM



RECEIVED
DEC 11 2007
HANIS GREANEY PLLC
ATTORNEYS AT LAW

Honorable Michael Fuller agreed to meet with you regarding the repairs. I've given you ample time to comply with that request. and you chose not to. We were to meet at my home at 10:00AM on 9/7/06 and now the time is 12:00PM. This will be documented of these unlawful practices

BACK IN 20 MIN.

Hon. Michael Fuller
9/7/06   12:00pm

RECEIVED
DEC 1 1 2007
HANIS GREANEY , PLLC
ATTORNEYS AT LAW

Ten O'clock Monday
morning me and mr.
ED - Will Be at your
House in the morning
at Ten am. To - Take
care the Things need
To - Be Done

, mr ED number 8904771
The Locks Door Change
mr ED No-keys

RECEIVED
DEC 11 2007
HANIS GREANEY PLLC
ATTORNEYS AT LAW

8 90-4775

larry Member

George Gaston
cell - 206-579 5401
Direct ext

Ten O'CLOCK Monday
morning me and my
BD - Will Be at your
House in the Mornining
At Ten am. To - TAKE
care THE THINGS NEED
TO - BE DONE

my BD NUMBER 890-4794

THE LOCKS BOL
Changes
my BD MO KEYS
890-4775

RECEIVED
DEC 11 2007
HANIS GREANEY PLLC
ATTORNEYS AT LAW

my NUMBer-
cell - 806-579-5461
GEORGE GHOSTER

ACT 722795 LOC 000000 DT 112905 $50.00 ##50DOLLARS AND NO ####
CENTS############################################################

RETAIN THIS RECEIPT - READ BELOW:

George Gloster          Rent

RECEIVED

DEC 11 2007

HANIS GREANEY
ATTORNEYS AT LAW

* 0 8 3 7 6 5 5 3 2 1 4 *

raise your voice while coming home to 427
20th ave. While trying to get away from this
type of conduct. George Gloster then infact
came to my place resident, knon on the door
and further harass Honorable Michael Fuller
I then stated I will show you the receipt
and when the money order was purchase,
You seen that it was purchase on 11/29/05
and was mailed before the 1st of Dec. Then your
response was that you made this receipt our
I became very upset. Because you chose to
(fabricate) in that unlawful manner in
public again. Then you also further threaten
to give Honorable Michael Fuller a 3 day notice
for non-payment of rent for the month of
Dec. So when you file the 3 day notice dont
file it in state court you and your attorney
as you stated to me, Let it be note when this
goes to Federal court because you are receiving
Government money, I will put you on the stand
under oath to answer to the unlawful acts. Under
the Federal statue and constitution. Because I know you
are in violation of the 1990 A.D.A. ACT. AND other Federal
violation, so dont you think one moment I am going
to call your lawyer to the stand. Im looking at
section (61962 conspiracy our I think I have to go further
in Federal court for the Rico act) because you are receiving
Government funds, I rest George Gloster          12/18/05   2:54

                                          Honorable Michael Fuller

Honorable Michael Fuller
12/3/05   3:39 PM

RECEIVED

DEC 11 2007

HANIS GREANEY   PLLC
ATTORNEYS AT LAW

George I received the note
in my door 12/3/05   3:39 pm
what is wrong with you
George. I've never had the type
of harassment that you are
doing now since you have
a couple new tenants next
door to me. Because I complain
about the knocking on the
walls late at night. When I am
sleeping. You are wrong. Further
more I sent the rent. I've
never ben late on my rent
I pay that first George. I could
not understand some of your
writing. But I did the best I
could to make out what you
were saying. And I am going
to church and I want be
home at noon. And you
want be home at noon. and I
go to church

MONEY ORDER RECEIPT - NON NEGOTIABLE

ACT 722795 LOC 000000 DT 112905 $50.00 **50DOLLARS AND NO ****
CENTS*************************************************

RETAIN THIS RECEIPT - READ BELOW:

George Hunter          Rent

Payable to:

* 0837 6553 214 *

LOAD THIS DIRECTION, THIS SIDE UP
LOAD THIS DIRECTION, THIS

RECEIVED

DEC 11 2007

HANIS GREANEY , PLLC
ATTORNEYS AT LAW

HAND DELIVERED 10/21/05 10:00AM

3. GEORGE B. GLOSTER (PROVOCATION, PREVARICATION)
4. 5004 RENTON AVE SO
5. SEATTLE WA 98118
6.
7.    IN RESPONSE TO LETTER DATE 10/15/05
8. LEASE #V0065.0153, I AGREE I'VE BEEN A TENANT
9. AT 427 20th Ave, SEATTLE WA 98122. FOR 3YRS ALSO
10. Let IT be noTED AS A TENANT I'VE NEVER BEEN
11. LATE PAYING MY RENT. I OBJECT TO ANY DAMAGES
12. TO WHERE I RESIDE, AS I STATED TO GEORGE GLOSTER
13. ON OR ABOUT 10/21/05, 9:37AM I HAVE NEVER DONE
14. ANY DAMAGES TO WHERE I RESIDE AND WILL NOT SO
15. THIS IS PREVARICATION. I am much AWARE OF LANDLORD
16. TENANT LAWS. I ALSO KNOW THAT IF THERE OR
17. REPAIRS NEEDED AT 427 20th AVE I MUST PUT IT
18. IN WRITING. AND THAT IF THE OWNER DO NOT
19. comply IN A REASONABLE TIME. THE TENANT CAN
20. MAKE THE REPAIRS NEED, BUT CANNOT GO
21. OVER THE AMOUNT OF RENT THATS PAY IN ONE
22. MONTH. I'VE ALSO ADDRESS GOVERNMENT IN REGARD
23. OF SLUM LORDS FACE TO FACE. AS OF 10/20/05 I HAD
24. TO BE IN TRIAL ON A CIVIL MATTER OVER constitutional
25. TORT, VIOLATION OF U.S.C.A 1983, 1962 CONSPIRACY
26. ARTICLE III, ARTICLE VI, FRIST AMENDMENT, FOURTH AMEND-
27. MENT, FIFTH AMENDMENT, SIX AMENDMENT, SEVENTH
28. AMENDMENT, NINTH AMENDMENT, 14 AMENDMENT OF
29. THE DUE PROCESS CLAUSES, EMANCIPATION PROCLAIMATION

①

1. OF 1863 DECION. DECLARATION OF INDEPENDANCE OF
2. THE TWO CONSTITUTION. WHEN THERE A CONFLICT OF
3. LAW STATE MUST YEILD TO FEDERAL LAWS,
4. IRREPARABLE HARM, 1988 PROCEEDING IN VINDICATION
5. OF CIVIL RIGHTS, 1990 AMERICAN WITH DISABLETY ACT.
6. I DID IN FACT TAKE THE LOCK OFF THE DOOR.
7. I'VE TOLD YOU GEORGE GLOSTER I WAS SHOCK
8. THAT YOU THREATEN TO KICK MY ASS AND WAS
9. BITING YOUR BOTTON LIP ON 10/12/05 AS YOU WERE
10. GOING TO ASSAULT MICHAEL FULLER I STATED TO
11. YOU, ON OR ABOUT 10/21/05 ONCE AGAIN YOU VERABLLY
12. ASSAULTED TENANT AGAIN STATING I WILL BEAT YOUR
13. ASS, AND THEN YOU ALSO STATED TO TENANT THAT
14. YOU HAVE HIGH BLOOD, WELL WHILE LOOKING AT THE
15. RCW 9A.36.031 ASSAULT II 9A.46.020 HARASSMENT
16. 1990 AMERICAN WITH DISABILITY ACT, GEORGE GLOSTER
17. I MICHAEL FULLER WILL NOT LIVE IN FEAR, WHILE
18. RESIDING AT 427 20TH AVE, THESE OR UNLAWFUL
19. ACTS THAT YOU ARE COMMITTING AS THE OWNER.
20. AND WILL NOT BE TOLERATED, FURTHER MORE I MICHAEL
21. FULLER ALSO OBJECT TO YOU RAISING ANY RENT, ALSO THERE
22. WILL BE NO PARKING ILLEGALLY IN FRONT OF MY HOME,
23. 1.1, I MICHAEL B. FULLER BEING DULY SWORN AND WARNED,
24. DECLARES UNDER THE LAW OF THE PENALTY PERJURY
25. IN THE STATE OF WASHINGTON AND THE UNITED STATES
26. THAT THE FOLLOWING IS TRUE AND ACCURATE TO THE BEST
27. OF MY KNOWLEDGE,
28.
29.

②

1. I.I. AT All TIME MATERIAL, MICHAEL B. FULLER IS/WAS
2. A CITIZEN OF THE UNITED STATES RESIDING IN
3. THE STATE OF WASHINGTON, CITY OF SEATTLE,
4. COUNTY OF KING. AS A DECENDANT OF AFRICANS WHO
5. WERE EMANCIPATED BY TREATY WITH THE UNITED
6. STATE OF AMERICA.
7.
8. GEORGE GIOSTER AS CHRISTINE WAS SWORN IN
9. TO BE THE GOVERNOR OF THE STATE OF WASHINGTON
10. REP. ERIC PETIGEW STATED WHILE I WAS PRESENT
11. THE MICHAEL FULLER IS UP IN OLYMPIA 3OR4 TIMES
12. A WEEK MAKING SURE THEY DO THERE JOB. Michael
13. RESPONSE WAS TO The STATMENT MADE TO me
14. I Will NOT GIVE BLACK OR WHITE, PURPle OR Blue
15. NO BREAK.
16.
17. P.S. GEORGE GIOSTER YOU NEED TO READ WHAT
18. (PREVARICATION) MEANS OUT OF The BlAck LAW
19. DICTIONARY
20. Honorable Michael Fuller
21. 427 20th ave
22. Seattle Wa 9812
23.
24.            GOO BlESS
25. I AlSO DEMAND You DO OR NO LONGER Tell my
26. BUSINESS TO ANY ONE Elses AS OF 10/21/05 11:05am
27. ONCE you RECieve These COMPlAINT ON 10/23/05
28. MAil ON 10/21/05
29.

RECEIVED
DEC 11 2007
HANIS GREANEY PLLC
ATTORNEYS AT LAW

(3)

**Porchlight – Community Services of Seattle Housing Authority**
907 NW Ballard Way, Suite 200, Seattle WA 98107
New Move-in Desk: (206) 239-1674 | FAX: (206) 239-____

*[handwritten note top left:]* e completed, signed and ___ per and Section B family ___ ll schedule an inspection!

# [REQ]UEST FOR TENANCY APPROVAL - Housing Choice Voucher Program

Family (Head of Household): **Michael B. Fuller**   Head's Social Security Number: **___-62-1328**

[Head] of Household's Telephone Number: **206-931-5083**          **206-772-5161**

[N]ame of Legal Owner of this Unit: **GEORGE BRANCH GLOSTER**

[O]wner Tax ID or Social Security Number: **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**

[N]ame of the Authorized Agent for this Unit: **SAME**

| All SHA payments should be sent to: | SHA correspondence, contracts, IRS-1099's, etc. should be sent to (if same as payments address, write "SAME"): |
|---|---|
| Name: **GEORGE BRANCH GLOSTER** | Name: **SAME** |
| Address: **P.O. BOX 28866** | Address: **SAME** |
| City, State, Zip Code: **SEATTLE WASH 98118** | City, State, Zip Code: |
| Telephone Number: **206-722-8847** *cell Phone* **5th_401** | Telephone Number: **SAME** |

*NOTE: SHA can have no more than 2 different addresses per owner in our database.*

Will this be a LEASED SHARED HOUSING arrangement?: ☐ Yes   ☑ No

Earliest Date unit is available for inspection: **RIGHT NOW**   Requested Date you would like the unit to be inspected:

Address of the Rental Unit (street, apartment number, city, state, zip code):

**427-20th Ave   98102**

Year unit was built: **1966**   Proposed Rent: ~~650~~   Security Deposit Amount: ~~650~~ **650** ~~673~~   Number of Bedrooms in Unit: **1 Bed**

Most recent rent charged for this unit was: ~~650~~ ~~673~~   The reason for any difference between prior rent and proposed rent is:

**Water Garbage Property Tax ↑**

Type of rental unit:
☐ 3 or more Story Apt or Highrise   ☑ Single Family Detached/Duplex/Triplex   ☐ Fourplex/Townhouse/Row House/1 & 2 Story Bldg

---

In the column below, write "O" if the Owner is paying for the utility or providing the appliance; write "F" if the Family is paying for the utility or providing the appliance; write "NA" if it doesn't apply to your unit:

| Item | O/F | Please circle one response for each of the following questions: |
|---|---|---|
| Heating | | What is the primary way the unit is heated? |
| Water Heating | | Oil     Natural Gas     (Electric) |
| Cooking | | Other (please specify)_____ |
| Other Electric | | |
| Air Conditioning | | How is the water for the rental unit heated? |
| Water *F "WATER"* | O | Oil     Natural Gas     (Electric) |
| Sewer | O | Other (please specify)_____ |
| Garbage | O | |
| Range | O | What type of utility operates the unit's cooking stove? |
| Refrigerator | O | Natural Gas     (Electric) |
| Washer / Dryer | | Other (please specify)_____ |
| Other Appliances (specify): | | |

SHA-559 (4/2002)
Based on form HUD-52517 (modified 7/2000)

*[stamp:]* 24 DEC '02 PM 12:52

Form **W-9**
(Rev. January 2002)
Department of the Treasury
Internal Revenue Service

## Request for Taxpayer Identification Number and Certification

Name
*GEORGE FRENCH GLOSTER*

Business name, if different from above
*500 Ratoway 40 E South   P.O. Box 28866*

Check appropriate box: ☑ Individual/Sole proprietor   ☐ Corporation   ☐ Partnership   ☐ Other ▶ _____   ☑ Exempt from backup withholding

Address (number, street, and apt. or suite no.)
*P.O. Box 28866 500 4 Renton Ave S*

Requester's name and address (optional)

City, state, and ZIP code
*Seattle Wash 98118*

*24 DEC '02 PM 12:52*

List account number(s) here (optional)

### Part I   Taxpayer Identification Number (TIN)

*PORCHLIGHT*

Enter your TIN in the appropriate box. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 2. For other entities, it is your employer identification number (EIN). If you do not have a number, see How to get a TIN on page 2.

Note: *If the account is in more than one name, see the chart on page 2 for guidelines on whose number to enter.*

Social security number
*4 6 6 - 0 6 8 - 1 4 1 2*

or

Employer identification number

### Part II   Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. person (including a U.S. resident alien).

Certification instructions. You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. (See the instructions on page 2.)

Sign Here   Signature of U.S. person ▶ *George French Gloster*   Date ▶ *12-24-02*

### Purpose of Form

A person who is required to file an information return with the IRS must get your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to give your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee.

If you are a foreign person, use the appropriate Form W-8. See Pub. 515, Withholding of Tax on Nonresident Aliens and Foreign Entities.

Note: *If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.*

What is backup withholding? Persons making certain payments to you must under certain conditions withhold and pay to the IRS 30% of such payments after December 31, 2001 (29% after December 31, 2003). This is called "backup withholding." Payments that may be subject to backup withholding include interest, dividends, broker and barter exchange transactions, rents, royalties, nonemployee pay, and certain payments from fishing boat operators. Real estate transactions are not subject to backup withholding.

You will not be subject to backup withholding on payments you receive if you give the requester your correct TIN, make the proper certifications, and report all your taxable interest and dividends on your tax return.

Payments you receive will be subject to backup withholding if:

1. You do not furnish your TIN to the requester, or

2. You do not certify your TIN when required (see the Part II instructions on page 2 for details), or

3. The IRS tells the requester that you furnished an incorrect TIN, or

4. The IRS tells you that you are subject to backup withholding because you did not report all your interest and dividends on your tax return (for reportable interest and dividends only), or

5. You do not certify to the requester that you are not subject to backup withholding under 4 above (for reportable interest and dividend accounts opened after 1983 only).

Certain payees and payments are exempt from backup withholding. See the instructions on page 2 and the separate Instructions for the Requester of Form W-9.

### Penalties

Failure to furnish TIN. If you fail to furnish your correct TIN to a requester, you are subject to a penalty of $50 for each such failure unless your failure is due to reasonable cause and not to willful neglect.

Civil penalty for false information with respect to withholding. If you make a false statement with no reasonable basis that results in no backup withholding, you are subject to a $500 penalty.

Criminal penalty for falsifying information. Willfully falsifying certifications or affirmations may subject you to criminal penalties including fines and/or imprisonment.

Misuse of TINs. If the requester discloses or uses TINs in violation of Federal law, the requester may be subject to civil and criminal penalties.

Cat. No. 10231X

Form **W-9** (Rev. 1-2002)

## OWNER'S CERTIFICATIONS - BY EXECUTING THIS REQUEST, I, THE OWNER, CERTIFY THAT:

- I understand that SHA has not screened the family's behavior or suitability for tenancy. Such screening is my responsibility. At my request, SHA will provide me the name and address of former landlord(s) if that information is in the family's file.
- I understand that SHA conducts an inspection of the unit and notifies the family and me as to whether or not the unit will be approved.
- I understand I must attach a copy of the HUD Tenancy Addendum to my lease (a copy of the Addendum will be furnished to me after the inspection).

i. I agree to advise the family and SHA of any lead-based paint on the surfaces of the unit of which I have knowledge prior to or during the initial housing quality standards (HQS) inspection of the unit (lead paint documentation is attached).

ɔ. The family and I have agreed to enter into a one year lease.

ɔ. I am not the parent, child, grandparent, grandchild, sister or brother of any member of the renting family. If the renting family contains a household member with a disability, SHA will determine whether or not renting from a relative would be a reasonable accommodation for the renting family.

ɔ. I understand that I can collect a Deposit that is equal to that charged to my tenants in unassisted units. If I have no unassisted units, I cannot charge a Deposit that is in excess of private market practice. I understand that collection and use of the Deposit must be in accordance with State and local law.

ɔ. I understand that SHA prohibits the collection of last month's rent at the time of lease-up from the family or SHA.

i. I am the legal owner or the legally designated agent for the above-referenced unit, and the prospective family has no ownership interest in this dwelling unit whatsoever.

j. I understand that the family members listed on the lease are the only individuals permitted to reside in the unit. I understand that I am not permitted to live in the unit while I am receiving housing assistance payments from SHA.

k. I understand my obligation to comply with the Housing Assistance Payments (HAP) Contract and perform necessary maintenance so the unit continues to comply with Housing Quality Standards.

l. I understand that SHA will inspect this unit at least once every twelve months. I understand that SHA may conduct a complaint inspection or quality control inspection at any other time in the year if deemed necessary by SHA.

m. I understand that the family's portion of the rent is determined by SHA and that it is _illegal_ for me to charge any additional amounts for rent or any other item neither specified in the lease nor specifically approved by the Housing Authority.

n. I understand that should the assisted unit become vacant or if the family notifies me they will be absent from the unit for any period of time, I am responsible to notify SHA immediately in writing and, if appropriate, to promptly return any portion of rent due to SHA.

o. I understand that the HAP Contract permits SHA or HUD to verify my compliance with the Contract. I understand that SHA or HUD may conduct computer matches to verify my compliance as either party deems necessary. SHA and HUD may release and exchange information regarding my participation in the Housing Choice Voucher (HCV) Program with other Federal and State agencies.

p. I understand that it is _illegal_ for me to hold the family legally or financially responsible for SHA's portion of the rent.

q. I understand that it is _illegal_ for me to deny tenancy to an HCV-participating family _solely on the basis_ of their participation in the Section 8 Housing Choice Voucher Program.

r. I understand that SHA will not make housing assistance payments to me until my unit has passed inspection and the lease and HAP Contract have been signed and returned to SHA.

s. I understand that SHA will not pay for any days that the unit is occupied by the family prior to the passing of the inspection.

t. I understand that it is my responsibility to notify SHA in writing any time I issue notices to the family for failure to comply with the terms of the lease.

u. I understand that failure to comply with the terms and responsibilities of the HAP Contract are grounds for termination of participation in the Housing Choice Voucher Program. I understand, per Title 18 of U.S. Code Section 1001, that I would be guilty of a felony for knowingly supplying false, incomplete or inaccurate information to any Department or Agency of the Unites States Government and that such actions are punishable under Federal or State criminal law.

**Signatures:**

GEORGE BRANCH GLOSTER                          MICHAEL FULLER
Print or Type Name of Legal Owner              Print or Type Name of Family (Head of Household)

George Branch Gloster                          Michael Fuller
Signature                                      Signature of Head of Household

_____
Print or Type Name AND Title of Signatory

Date  12-24-02                                 Date  12-24-02

SHA-559 (4/2002)
Based on form HUD-52517 (modified 7/2000)                              Page 2 of 2

### Disclosure of Information on Lead-Based Paint and/or Lead-Based Paint Hazards

**Lead Warning Statement**

*Housing built before 1978 may contain lead-based paint. Lead from paint, paint chips, and dust can pose health hazards if not managed properly. Lead exposure is especially harmful to young children and pregnant women. Before renting pre-1978 housing, lessors must disclose the presence of known lead-based paint and/or lead-based paint hazards in the dwelling. Lessees must also receive a federally approved pamphlet on lead poisoning prevention.*

**Lessor's Disclosure**

(a) Presence of lead-based paint and/or lead-based paint hazards (check (i) or (ii) below):

(i) _NO_ Known lead-based paint and/or lead-based paint hazards are present in the housing (explain).

_____ N/e n/E Lead PAiNT _____

(ii) _NO_ Lessor has no knowledge of lead-based paint and/or lead-based paint hazards in the housing.

(b) Records and reports available to the lessor (check (i) or (ii) below):

(i) _____ Lessor has provided the lessee with all available records and reports pertaining to lead-based paint and/or lead-based paint hazards in the housing (list documents below).

_____ Nor HAVE RECOrds _____

(ii) _____ Lessor has no reports or records pertaining to lead-based paint and/or lead-based paint hazards in the housing.

**Lessee's Acknowledgment (initial)**

(c) _____ Lessee has received copies of all information listed above.

(d) _____ Lessee has received the pamphlet *Protect Your Family from Lead in Your Home*.

**Agent's Acknowledgment (initial)**

(e) _____ Agent has informed the lessor of the lessor's obligations under 42 U.S.C. 4852(d) and is aware of his/her responsibility to ensure compliance.

**Certification of Accuracy**

The following parties have reviewed the information above and certify, to the best of their knowledge, that the information they have provided is true and accurate.

| | | | |
|---|---|---|---|
| _____ Lessor | 12-24-02 Date | _____ Lessor | 12-24-02 Date |
| _____ Lessee | Date | _____ Lessee | Date |
| _____ Agent | 12-24-02 Date | _____ Agent | Date |

PURCHLIGHT
24 DEC '02 PM 2:52

# Southern Poverty Law Center

Sitemap | Contact | Search | E

| HOME | DONATE | INTELLIGENCE PROJECT | LEGAL ACTION | CIVIL RIGHTS MEMORIAL | TEACHING TOLERAN |

Search Legal Action:

## Legal Action

**Landmark Cases**

**Case Docket**

**Immigrant Justice**

**School to Prison Pipeline**

**Mississippi Youth Justice**

**Publications**

**Legal News**

**Legal FAQ**

**Legal Assistance**

**Contact Legal Action**

## Donald v. United Klans of America
### Michael Donald Lynching Case

**AGENDA AREA: Hate Groups/Hate Crimes**

**Case Number:** 84-0725
**Court where filed:** USDC Southern District of Alabama
**Date filed:** 06/14/1984
**Status**

**RECEIVED**

**DEC 11 2007**

**HANIS GREANEY , PLLC**
**ATTORNEYS AT LAW**



*Plaintiff Beulah Mae Donald, Michael Donald (special)*

**Plaintiffs:** Beulah Mae Donald, mother of Michael Donald, a black teenager lynched by Klan members
**Defendants:** United Klans of America, Inc., Knights of the Ku Klux Klan, Bennie Jack Hays and other members of the United and other Klan groups
**Co-Counsel:** Michael Figures
**Date(s) of Disposition:**
08/19/1985: Case amended
02/12/1987: Verdict for the plaintiff

**Shutting down the notorious United Klans**
Nineteen-year-old Michael Donald was on his way to the store in 1981 when two members o United Klans of America abducted him, beat him, cut his throat and hung his body from a tre residential street in Mobile, Ala.

Angry that an interracial jury had failed to convict another black man for killing a white polic in Birmingham, the Klansmen selected Michael Donald at random and lynched him to intimid threaten other blacks. On the same evening, other Klan members burned a cross on the Mot County courthouse lawn.

The two Klansmen who carried out the ritualistic killing were eventually arrested and convict Convinced that the Klan itself should be held responsible for the lynching, Center attorneys f civil suit on behalf of Donald's mother, Beulah Mae Donald vs. United Klans. In 1987, the Ce an historic $7 million verdict against the men involved in the lynching.

The verdict marked the end of the United Klans, the same group that had beaten the Freedo in 1961, murdered civil rights worker Viola Liuzzo in 1965, and bombed Birmingham's 16th S Baptist Church in 1963.

The group was forced to turn over its headquarters to Beulah Mae Donald, and two additiona Klansmen were convicted of criminal charges.

### Case Documents

**Complaint**
» Composite complaint 8-1

**Judgment**
» Final judgment and orde 87

» Return to the Ca

The Rise of the United Klans of America



ADL HOME   REGIONAL OFFICES   ABOUT   CONTACT US   SEARCH



# The Ku Klux Klan: Legacy of Hate



RECEIVED

DEC 1 1 2007

HANIS GREANEY, PLLC
ATTORNEYS AT LAW

## Emergence of the UKA

**The United Klans of America**

**Emergence of the UKA**

**The Decline of the UKA**

---

**Related ADL Articles:**

Church of the American Knights of the Ku Klux Klan

Stop Hate

---

 **E-Mail This Report**

 **Printable Version**

---

**Help ADL Fight Racism!**



Contribute

### The Ku Klux Klan and Resistance to School Desegregation

On May 17, 1954, the U.S. Supreme Court handed down its historic decision on school desegregation -- Brown v. Board of Education. The decision triggered a wave of resistance to school desegregation throughout the South that ultimately led to a resurgence of the Ku Klux Klan. In its initial stages, the resistance was headed by the "White Citizens Councils." The Councils were largely composed of respectable citizens in local power structures throughout the South. Their main weapon was economic pressure directed against local individuals and organizations perceived as supporters of desegregation or insufficiently vocal in opposing it.

The Councils achieved considerable power and influence in the second half of the 1950s, generating an array of publications and spawning affiliated organizations that lasted well into the 1960s. But by the end of the decade their resistance to court ordered desegregation had become a losing battle.

Paralleling the efforts of the Councils were new Klan leaders with new campaigns. The Klan had no use for the Councils' less militant methods, and sought to mobilize like-minded believers into a resurgent Ku Klux Klan.

By mid-1956, a marked rise in Klan activity was well underway – new Klan groups were drawing strength from the ferment in the South. They gained members from extremist elements among the White Citizens Councils themselves. These organizing efforts succeeded in mobilizing former Klansmen who had been inactive for years.

The strongest of the new groups consisted of klaverns linked under the banner of the U.S. Klans, Knights of the Ku Klux Klan, Inc. (generally referred to as the "U.S. Klans"). This group was subsequently chartered and incorporated in the State of Georgia. The leader of the new group was Eldon Lee Edwards, a paint sprayer employed in an Atlanta auto factory. He had quietly begun organizing in 1953, had stepped up his activities in the wake of the 1954 Supreme Court decision, and had incorporated his new organization on October 24,

1955.

By September 29, 1956, Edwards was able to stage one of the largest Klan rallies in years, drawing a crowd of approximately 3,000 to Stone Mountain, Georgia, the site from which the Second Klan had been launched in 1915. The crowd came in more than 1,000 cars painted with KKK emblems and bearing license plates from seven states – Georgia, Alabama, South Carolina, Virginia, Tennessee, Florida, and Louisiana.

At its peak in the late 1950s, Edwards' U.S. Klans had units in nine Southern states. However, the group was beset by internal feuding and challenges to the Edwards leadership. In addition, more than a score of smaller Klans emerged to compete with the Edwards organization.

Although the U.S. Klans remained the strongest of the Klan groups in the South during the second half of the 1950s, Edwards was never able to gain a dominant position, nor to unify the competing and fragmented Klan organizations.

**The New Klan Resurgence and Violence**

In the early 1960s, the Klans functioned as a clandestine movement that spearheaded the resistance to a national trend toward equality for all Americans. Like their predecessors, the `60s Klans employed terrorism and a form of guerrilla race warfare to carry out their purposes. The Klans and their allies were responsible for a major portion of the assaults, killings, bombings, floggings, and other acts of racial intimidation that swept the South in the first years of the 1960s. The Klans provided the organizational framework and the emotional stimulus necessary to incite members and nonmembers alike to violence and terror.

The year 1960 was marked by a sharp increase in Klan activities and by the consolidation of some of the previously splintered groups in seven states. The Klan resurgence was spurred by the historic sit-in movement launched at Greensboro, North Carolina on February 2, 1960, by young Black civil rights activists. A few weeks later, on the weekend of February 27-28, 1960, representatives of splintered Klan groups from seven

Southern states met at the Henry Grady Hotel in Atlanta and formed a "National Klan Committee" to coordinate their activities. The Klans represented there had long been opposed to Edwards' U.S. Klans; in fact, this opposition was the chief bond among them. The loose confederation of splinter Klans that emerged came to be known as the "National Knights of the Ku Klux Klan."

The National Knights made a show of strength on March 26, 1960, by a coordinated series of cross burnings. Newspapers in the South reported that more than 1,000 fiery crosses were seen that day throughout Alabama, Florida, Georgia, South Carolina, and other states.

## Klan Strength Increases in the 1960s

By the end of 1960, Klan strength had increased noticeably. Total Klan membership was estimated at anywhere from 35,000 to 50,000. Edwards' U.S. Klans, dominant for the previous six years, remained the strongest and most cohesive of the increasingly consolidated Klan movements, with an estimated 15,000 to 23,000 members.

The loose confederation of splinter Klans used the banner of the National Knights, under which each unit retained its autonomy. The central leadership operated on a rotating basis heading an estimated membership somewhat less than that of the U.S. Klans – possibly 10,000 to 15,000.

There were also a number of local groups in various parts of the South that were not affiliated with either the U.S. Klans or the National Knights. Most important of these was the Alabama Knights of the Ku Klux Klan, Inc., headed by Robert Shelton, who had been a leader of the Edwards Klan in Alabama until he was ousted by Edwards in the spring of 1960. By the end of 1960, Shelton had made rapid progress in absorbing local Klan klaverns, including many formerly affiliated with the U.S. Klans, and consolidating them into the Alabama Knights. The gains made by Shelton were further hastened by Edwards' death in August, 1960. Edwards was succeeded as Imperial Wizard of the U.S. Klans by Georgia Grand Dragon Robert L. "Wild Bill" Davidson, who declared at a Klan rally in November, 1960, that Klansmen would use buckshot if necessary to fight integration.

Davidson, however, was unable to control the internal feuding and battling that had followed Edwards' death. He and his successor as Georgia Grand Dragon, Calvin F Craig, resigned from the U.S. Klans and almost immediately formed a new Klan organization chartered by the Superior Court of Fulton County, Georgia, under the name of the "Invisible Empire, United Klans, Knights of the Ku Klux Klan of America, Inc." The new group came to be known as the United Klans of America, Knights of the Ku Klux Klan, Inc. (UKA).

**Robert Shelton Becomes a Dominant Figure in the Klan**

Membership in the new UKA was immediately bolstered by a mass defection from the U.S. Klans within the state of Georgia. Whole klaverns around the state simply changed their designation from U.S. Klans to UKA. Davidson quit as Imperial Wizard in the spring of 1961; a few months later, at a meeting in Indian Springs, Georgia, on July 8, 1961, the UKA united with Shelton's Alabama Knights. Shelton emerged as the new Imperial Wizard of the UKA, with Calvin Craig as UKA Grand Dragon for Georgia.

From that point on, Shelton's UKA became the dominant group in the KKK resurgence of the 1960s. With headquarters in Tuscaloosa, Alabama, it had members and supporters in nine states by the middle of 1965. Estimates at the time indicated that the UKA could probably count on active membership and sympathetic support from 26,000 to 33,000 throughout the South. That support included Klans directly affiliated with the UKA and some semiautonomous groupings in Alabama, Georgia, the Carolinas, Tennessee, Florida, Louisiana, Texas, and Virginia.

Next: **Decline of the United Klans of America**

ADL Home Page | Combating Hate Homepage
Search | About ADL | Contact ADL | Privacy Policy

© 2001 Anti-Defamation League

# Frederick Douglass: ON TERRORISM

# What, to the American Slave, Is Your Fourth of July?

CASE NO, C07-628-RSM

____ FILED ____ ENTERED
____ LODGED ____ RECEIVED

★ JUL 25 2007 ★
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                    DEPUTY

RECEIVED
DEC 11 2007
HANIS GREANEY , PLLC
ATTORNEYS AT LAW



Escaped slave from Louisiana, 1863.

"What to the American slave, is your Fourth of July?

"I answer: a day that reveals to him, more than all other days in the year, the gross injustice and cruelty to which he is the constant victim.

"To him, your celebration is a sham; your boasted liberty, an unholy license; your national greatness, swelling vanity; your sounds of rejoicing are empty and heartless; your denunciations of tyrants, brass fronted impudence; your shouts of liberty and equality, hollow mockery; your prayers and hymns, your sermons and thanksgivings, with all your religious parade, and solemnity, are, to him, mere bombast, fraud, deception, impiety, and hypocrisy—a thin veil to cover up crimes which would disgrace a nation of savages.

"There is not a nation on the earth guilty of practices more shocking and bloody than are the people of these United States, at this very hour.

"Go where you may, search where you will, roam through all the monarchies and despotisms of the Old World, travel through South America, search out every abuse, and when you have found the last, lay your facts by the side of the everyday practices of this nation, and you will say with me, that, for revolting barbarity and shameless hypocrisy, America reigns without a rival."

*Frederick Douglass, a former slave and a leader in the fight against slavery, 1852*

CASE NO. C07-628-RSM

# Police chief exonerated

## officers in violent arrest

**OVERSIGHT LEADER**

**HAD URGED PUNISHMENT**

**Police** chief
defends decision
by Kerlikowske

**BY MIKE CARTER
AND CHRISTINE CLARRIDGE**
*Seattle Times staff reporters*

A federal civil-rights lawsuit over the violent arrest of a young African-American man is drawing new attention to Seattle Police Chief Gil Kerlikowske and his record on police discipline.

Maikoiyo Alley-Barnes is suing the city, the chief and several officers, alleging po-

lice violated his civil rights during his arrest for allegedly obstructing justice, resisting arrest and assaulting a police officer outside a bar in 2005. The National Association for the Advancement of Colored People cited the case last week in calling for Kerlikowske's resignation.

Kerlikowske did not punish any of the officers involved in the incident, even though records show the civilian director

of the Office of Professional Accountability (OPA), which oversees Internal police investigations, found two were guilty of excessive force and all three were guilty of serious breaches in conduct. She recommended discipline for all three.

Kerlikowske declined to comment on the Alley-Barnes case. Department Human Resource Manager Mark McCarty

Please see > ARREST, A11

## Arrest
**FROM A1**

**POLICE CHIEF
EXONERATED
OFFICERS IN
VIOLENT ARREST**



The NAACP
has called for
Seattle Police
Chief Gil Ker-
likowske to
resign.

U.S. DISTRICT COURT FIL

*This photo of Maikoiyo Alley-Barnes
was taken at the hospital after his
April 2005 arrest on Capitol Hill, in
which Alley-Barnes says police violat-
ed his civil rights. He is suing in fed-
eral court.*



RECEIVED

DEC 11 2007

HANIS GREANEY          , PLLC
ATTORNEYS AT LAW

——— FILED          ——— ENTERED
——— LODGED         ——— RECEIVED
★                              ★

JUL 25 2007

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

## NOTIFICATION OF TENANTS' RIGHTS AND OBLIGATIONS
### UNDER THE
### VIOLENCE AGAINST WOMEN ACT (VAWA)

Date: February 1, 2007

To:     Housing Choice Voucher Program (Section 8) – assisted tenants

From:  Seattle Housing Authority

RECEIVED
DEC 1 1 2007
HANIS GREANEY        , PLLC
ATTORNEYS AT LAW

*Last year the Violence Against Women Act (known as "VAWA") became federal law. Portions of this law create protections for Section 8 recipients and public housing residents who are victims of domestic violence, dating violence and stalking.*

*The following is a summary of the main provisions of the new law.*

*Admissions*   Section 8 applicants who have been victims of domestic violence will not be denied assistance or admission, because of activity directly related to their domestic violence, dating violence or stalking experience.

*Lease terms*

1. Incidents of actual or threatened domestic violence, dating violence or stalking will not be considered "serious or repeated" violations of the lease by the victim or threatened victim, and will not be cause for terminating the assistance or tenancy of the victim.

2. Tenancy and assistance will not be terminated as a result of criminal activity engaged in by a member of the household or a guest that is directly related to domestic violence, dating violence or stalking, against the tenant or an immediate family member.

*Certification*   If you have been a victim of domestic violence and want protection under VAWA, you will be required to certify in writing (that is, to swear to) the incident or incidents of domestic violence that call for VAWA protections. If you do not deliver this certification within fourteen (14) business days after you receive a request for the certification, you will lose your legal protections under VAWA.

*continued over*

Notification of Tenants' Rights & Obligations under VAWA (S8) 0207

**RCW 59.18.060**
**Landlord -- Duties.**

The landlord will at all times during the tenancy keep the premises fit for human habitation, and shall in particular:

???? (1) Maintain the premises to substantially comply with any applicable code, statute, ordinance, or regulation governing their maintenance or operation, which the legislative body enacting the applicable code, statute, ordinance or regulation could enforce as to the premises rented if such condition substantially endangers or impairs the health or safety of the tenant;

???? (2) Maintain the roofs, floors, walls, chimneys, fireplaces, foundations, and all other structural components in reasonably good repair so as to be usable and capable of resisting any and all normal forces and loads to which they may be subjected;

???? (3) Keep any shared or common areas reasonably clean, sanitary, and safe from defects increasing the hazards of fire or accident;

???? (4) Provide a reasonable program for the control of infestation by insects, rodents, and other pests at the initiation of the tenancy and, except in the case of a single family residence, control infestation during tenancy except where such infestation is caused by the tenant;

???? (5) Except where the condition is attributable to normal wear and tear, make repairs and arrangements necessary to put and keep the premises in as good condition as it by law or rental agreement should have been, at the commencement of the tenancy;

???? (6) Provide reasonably adequate locks and furnish keys to the tenant;

???? (7) Maintain all electrical, plumbing, heating, and other facilities and appliances supplied by him in reasonably good working order;

???? (8) Maintain the dwelling unit in reasonably weathertight condition;

???? (9) Except in the case of a single family residence, provide and maintain appropriate receptacles in common areas for the removal of ashes, rubbish, and garbage, incidental to the occupancy and arrange for the reasonable and regular removal of such waste;

???? (10) Except where the building is not equipped for the purpose, provide facilities adequate to supply heat and water and hot water as reasonably required by the tenant;

???? (11)(a) Provide a written notice to all tenants disclosing fire safety and protection information. The landlord or his or her authorized agent must provide a written notice to the tenant that the dwelling unit is equipped with a smoke detection device as required in *RCW 48.48.140. The notice shall inform the tenant of the tenant's responsibility to maintain the smoke detection device in proper operating condition and of penalties for failure to comply with the provisions of *RCW 48.48.140(3). The notice must be signed by the landlord or the landlord's authorized agent and tenant with copies provided to both parties. Further, except with respect to a single-family residence, the written notice must also disclose the following:

???? (i) Whether the smoke detection device is hard-wired or battery operated;

???? (ii) Whether the building has a fire sprinkler system;

???? (iii) Whether the building has a fire alarm system;

???? (iv) Whether the building has a smoking policy, and what that policy is;

???? (v) Whether the building has an emergency notification plan for the occupants and, if so, provide a copy to the occupants;

???? (vi) Whether the building has an emergency relocation plan for the occupants and, if so, provide a copy to the occupants; and

???? (vii) Whether the building has an emergency evacuation plan for the occupants and, if so, provide a copy to the occupants.

???? (b) The information required under this subsection may be provided to a tenant in a multifamily residential building either as a written notice or as a checklist that discloses whether the building has fire safety and protection devices and systems. The checklist shall include a diagram showing the emergency evacuation routes for the occupants.

???? (c) The written notice or checklist must be provided to new tenants at the time the lease or rental agreement is signed, and must be provided to current tenants as soon as possible, but not later than January 1, 2004;

???? (12) Provide tenants with information provided or approved by the department of health about the health hazards associated with exposure to indoor mold. Information may be provided in written format individually to each tenant, or may be posted in a visible, public location at the dwelling unit property. The information must detail how tenants can control mold growth in their dwelling units to minimize the health risks associated with indoor mold. Landlords may obtain the information from the department's web site or, if requested by the landlord, the department must mail the information to the landlord in a printed format. When developing or changing the information, the department of health must include representatives of landlords in the development process. The information must be provided by the landlord to new tenants at the time the lease or rental agreement is signed, and must be provided to current tenants no later than January 1, 2006, or must be posted in a visible, public location at the dwelling unit property beginning July 24, 2005;

???? (13) The landlord and his or her agents and employees are immune from civil liability for failure to comply with subsection (12) of this section except where the landlord and his or her agents and employees knowingly and intentionally do not comply with subsection (12) of this section; and

???? (14) Designate to the tenant the name and address of the person who is the landlord by a statement on the rental agreement or by a notice conspicuously posted on the premises. The tenant shall be notified immediately of any changes by certified mail or by an updated posting. If the person designated in this section does not reside in the state where the premises are located, there shall also be designated a person who resides in the county who is authorized to act as an agent for the purposes of service of notices and process, and if no designation is made of a person to act as agent, then the person to whom rental payments are to be made shall be considered such agent;

???? No duty shall devolve upon the landlord to repair a defective condition under this section, nor shall any defense or remedy be available to the tenant under this chapter, where the defective condition complained of was caused by the conduct of such tenant, his family, invitee, or other person acting

under his control, or where a tenant unreasonably fails to allow the landlord access to the property for purposes of repair. When the duty imposed by subsection (1) of this section is incompatible with and greater than the duty imposed by any other provisions of this section, the landlord's duty shall be determined pursuant to subsection (1) of this section.

[2005 c 465 ? 2; 2002 c 259 ? 1; 1991 c 154 ? 2; 1973 1st ex.s. c 207 ? 6.]

## NOTES:

**\*Reviser's note:** RCW 48.48.140 was recodified as RCW 43.44.110 pursuant to 2006 c 25 ? 13.

**Finding -- 2005 c 465:** "The legislature finds that residents of the state face preventable exposures to mold in their homes, apartments, and schools. Exposure to mold, and the toxins they produce, have been found to have adverse health effects, including loss of memory and impairment of the ability to think coherently and function in a job, and may cause fatigue, nausea, and headaches.

???? As steps can be taken by landlords and tenants to minimize exposure to indoor mold, and as the reduction of exposure to mold in buildings could reduce the rising number of mold-related claims submitted to insurance companies and increase the availability of coverage, the legislature supports providing tenants and landlords with information designed to minimize the public's exposure to mold." [2005 c 465 ? 1.]






**Home**

Arts & Entertainment | Automotive | Computing & Tech | Health | Money | News | People | Recreation | Sports | Travel

discussions | ratings | communities



**Concentric**
In internet Stocks
(1=worst, 5=best)

Management
1 O O O O 5
Products
1 O O O O 5
Market position
1 O O O O 5
Growth prospects
1 O O O O 5

Submit

Compare it to others
User Comments

1. Flycast
2. Cisco
3. CNET
4. Mindspring
5. Yahoo
See the full list...

**My Deja**
Get more out of Deja:
Register to easily
manage your
discussions and
communities, and
improve your searches.
Plus, get email alerts
about new posts in your
favorite discussions with
Deja Tracker!

>> Community
  >> Forum: alt.society.homeless
    >> Thread: homelessness in america

**Message 2 of 9**

Help | Feedback
previous in search
previous in thread    next in thread
next in search

Subject: homelessness in america
Date:    1999/06/15
Author:  michael_fuller6073
         <michael_fuller6073@mv-deja.com>
         Posting History    Member Profile

THIS IS A COPY OF A LETTER THAT I HAVE SENT TO
President Clinton Dear Mr.President,My name is Michael
Fuller and I am an advocate for the homeless.Iam addressing
the issue that Goverment get more involved with this very
serious matter in our county.I believe the Goverment needs to
spend more money to help decrease the homelessness here
in the United States.  Over the years homelessness is getting
worse.. Homeless people sleep on business steps, in parks,
abandoned houses, cars, garbage cans, under bridges, etc.
We have homeless people of all races in the United States.
Also, let it be noted that I met doctors, lawyers, and judges
that were homeless.  In this area of the country, Boeing!
Industries is again talking about major layoffs.  Thousands
more people will be homeless when their funds run out.  In my
particular case, I find myself homeless because I complained
about illegal activity in my apartment complex and was
evicted by my landlord.  This action is against current laws,
but the process of addressing these violations takes time, and
I am still without a place to live.  With an eviction notice on my
record, I am unable to rent another apartment.  What shelters
there are, are full.  I and many other people have no recourse
except to sleep on the street.  A great percentage of people
live just one or two paychecks away from homelessness. We
have enough money in this country to fight wars in Europe, to
give huge loans to foreign governments, but not enough to
protect our own people.  When people come here from other
countries, how do you think it looks to see Americans, for
example, 16yr.old mothers, with two or three kids sleeping in
abandoned
buildings and on the streets? While agree that the world is
important, home should come first.  Education, training,
counseling, and
rehabilitation is needed to be available to the homeless,
mentally ill, and those in dire need.  Because of
homelessness problems have occured that effect the
constituents within this coutry.  If we hope to decrease the
crime rate in our country, we have to address the issue of
poverty and homelessness.  If anyone wishes to reply to me,
they may reach me at: Michael Fuller c/o Prince of Peace
Lutheran  Church, 10333 Bridgeport Way SW, Lakewood, Wa.
98499.  Or write to me at: fmichael @hotmail.com
Sent via Deja.com http://www.deja.com/