UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL B. FULLER, and KEVIN G. JOHNSON,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>KING COUNTY SUPERIOR COURT, *et al.*,<br><br>　　　　　　Defendants. | CASE NO. C07-628RSM<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Ricardo S. Martinez, United States District Judge:

On July 3, 2008, the Court dismissed Plaintiffs' claims in their entirety. (Dkt. #87). However, on July 9, 2008, *pro se* Plaintiff Michael B. Fuller ("Mr. Fuller") filed a motion for summary judgment. (Dkt. #89). Because this case is now closed, Mr. Fuller's motion is STRICKEN AS MOOT. To the extent Mr. Fuller seeks reconsideration of this Court's Order dismissing his claims, such motion shall also be denied. Motions for reconsideration are disfavored and will be denied in the absence of "a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence." Local Rule CR 7(h)(1). Here, Mr. Fuller has made no such showing in his motion.

The Clerk is directed to forward a copy of this Order to all counsel of record and to

MINUTE ORDER
PAGE - 1

1  *pro se* Plaintiff Michael B. Fuller at 427 20th Ave, Seattle, WA 98122, and to *pro se* Plaintiff
2  Kevin G. Johnson at Stafford Creek Corrections Center, H-2 A-26-U, 191 Constantine Way,
3  Aberdeen, WA 98520

5  DATED this 11th day of July, 2008.

7                                                  BRUCE RIFKIN, Clerk

9                                                  By: /s/ Rhonda Stiles
                                                     Deputy Clerk

MINUTE ORDER
PAGE - 2